B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**T&J Restaurants LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**43-1782049** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1305 Central Park Drive**<br>**O Fallon, IL**<br><br>ZIP Code **62269** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Saint Clair** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**940 Hemsath Road**<br>**Saint Charles, MO**<br><br>ZIP Code **63303** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **See Attached Exhibit A to Voluntary Petition for Restaurant Locations** |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**T&J Restaurants LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)         (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**T&J Restaurants LLC**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** **/s/ Robert E. Eggmann**
Signature of Attorney for Debtor(s)

**Robert E. Eggmann #6203021**
Printed Name of Attorney for Debtor(s)

**Lathrop & Gage LLP**
Firm Name

**7701 Forsyth, Suite 400**
**Clayton, MO 63105**

_____
Address

**Email: reggmann@lathropgage.com**
**314-613-2800  Fax: 314-613-2801**
Telephone Number

**July 21, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ John H. Whicker**
Signature of Authorized Individual

**John H. Whicker**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**July 21, 2011**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## EXHIBIT A TO VOLUNTARY PETITION

| LOCATIONS |
| --- |
| 9119 Olive Boulevard, Olivette, MO 63132 |
| 2911 Veterans Memorial Pkwy., St. Charles, MO 63303 |
| 1382 Clarkson-Clayton Center, #20, Ellisville, MO 63011 |
| 1305 Central Park Drive, O'Fallon, IL 62269 |
| 1010 I-70 Drive Southwest, Columbia, MO 65203 |
| 3005 Highway K, O'Fallon, MO 63368 |
| 5555 St. Louis Mills Blvd. #443, Hazelwood, MO 63042 |
| 12466 Tesson Ferry, St. Louis, MO 63128 |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Illinois

In re    **T&J Restaurants LLC**                              Case No. _____

                                          Debtor(s)                 Chapter     **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **AG CP Crestwood Retail Owner, LLC Crestwood, LLC 8001 Solutions Center Chicago, IL 60677** | **AG CP Crestwood Retail Owner, LLC Crestwood, LLC 8001 Solutions Center Chicago, IL 60677** | **Former location at CF11 South County Centerway, St. Louis, MO rents due** | | **45,910.70** |
| **Bass Spencer Account c/o Thomas Bass 1603 Chapel Hill Road, Suite 203 Columbia, MO 65203** | **Bass Spencer Account c/o Thomas Bass 1603 Chapel Hill Road, Suite 203 Columbia, MO 65203** | **101 I-70 Drive, Columbia, MO rents due** | | **32,800.00** |
| **Boone County Assessor 801 E. Walnut, Room 143 Columbia, MO 65201** | **Boone County Assessor 801 E. Walnut, Room 143 Columbia, MO 65201** | **Columbia Real Property Tax** | | **24,410.62** |
| **Edward Don & Company Attn: Estelle DeLaurentis 2500 S. Harlem Avenue Riverside, IL 60546** | **Edward Don & Company Attn: Estelle DeLaurentis 2500 S. Harlem Avenue Riverside, IL 60546** | **Trade debt** | | **49,908.78** |
| **GE Captial Franchise Finance c/o Dan Small 10900 NE 4th Street, Suite 500 Bellevue, WA 98004** | **GE Captial Franchise Finance c/o Dan Small 10900 NE 4th Street, Suite 500 Bellevue, WA 98004** | **Furniture, Fixtures & Equipment at Restaurants and Office** | | **74,779.63 (62,908.00 secured) (107,386.72 senior lien)** |
| **GE Captial Franchise Finance c/o Dan Small 10900 NE 4th Street, Suite 500 Bellevue, WA 98004** | **GE Captial Franchise Finance c/o Dan Small 10900 NE 4th Street, Suite 500 Bellevue, WA 98004** | **Furniture, Fixtures & Equipment at Restaurants and Office** | | **107,386.72 (62,908.00 secured)** |
| **GE Captial Franchise Finance c/o Dan Small 10900 NE 4th Street, Suite 500 Bellevue, WA 98004** | **GE Captial Franchise Finance c/o Dan Small 10900 NE 4th Street, Suite 500 Bellevue, WA 98004** | **9119 Olive Boulevard, Olivette, MO 63132** | | **2,815,767.00 (2,000,000.00 secured)** |
| **GE Captial Franchise Finance c/o Dan Small 10900 NE 4th Street, Suite 500 Bellevue, WA 98004** | **GE Captial Franchise Finance c/o Dan Small 10900 NE 4th Street, Suite 500 Bellevue, WA 98004** | **Furniture, Fixtures & Equipment at Restaurants and Office** | | **487,716.81 (62,908.00 secured) (182,166.35 senior lien)** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **T&J Restaurants LLC**                                                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| GE Captial Franchise Finance<br>c/o Dan Small<br>10900 NE 4th Street, Suite 500<br>Bellevue, WA 98004 | GE Captial Franchise Finance<br>c/o Dan Small<br>10900 NE 4th Street, Suite 500<br>Bellevue, WA 98004 | 3005 Highway K<br>O'Fallon, MO 63368<br>(See Schedule B) | | 713,000.00<br><br>(300,000.00 secured) |
| GE Captial Franchise Finance<br>c/o Dan Small<br>10900 NE 4th Street, Suite 500<br>Bellevue, WA 98004 | GE Captial Franchise Finance<br>c/o Dan Small<br>10900 NE 4th Street, Suite 500<br>Bellevue, WA 98004 | 1010 I-70 Drive SW<br>Columbia, MO 65203 | | 518,953.79<br><br>(200,000.00 secured) |
| Helget Gas Products<br>PO Box 24246<br>Omaha, NE 68124 | Helget Gas Products<br>PO Box 24246<br>Omaha, NE 68124 | Trade debt | | 24,323.42 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Withholding tax | | 428,097.84 |
| Marlin Business Bank<br>PO Box 13604<br>Philadelphia, PA 19101 | Marlin Business Bank<br>PO Box 13604<br>Philadelphia, PA 19101 | Furniture, Fixtures & Equipment<br>at Restaurants and Office | | 57,795.00<br>(62,908.00 secured)<br>(669,883.16 senior lien) |
| Missouri Department of Revenue<br>Attn: Bankruptcy Unit<br>P.O. Box 475<br>Jefferson City, MO 65105 | Missouri Department of Revenue<br>Attn: Bankruptcy Unit<br>P.O. Box 475<br>Jefferson City, MO 65105 | Sales tax | | 89,900.62 |
| Real Mex Restaurants<br>5660 Katella Avenue, Suite 100<br>Cypress, CA 90630 | Real Mex Restaurants<br>5660 Katella Avenue, Suite 100<br>Cypress, CA 90630 | Marketing and royalty fees | | 109,158.00 |
| Real Mex Restaurants<br>5660 Katella Avenue, Suite 100<br>Cypress, CA 90630 | Real Mex Restaurants<br>5660 Katella Avenue, Suite 100<br>Cypress, CA 90630 | Marketing | | 44,025.15 |
| St. Louis County Collector of Revenue<br>41 S. Central<br>Saint Louis, MO 63105 | St. Louis County Collector of Revenue<br>41 S. Central<br>Saint Louis, MO 63105 | Olivette Real Property Tax | | 93,274.16 |
| St. Louis Mills Limited Partnership<br>PO Box 409887<br>Atlanta, GA 30384 | St. Louis Mills Limited Partnership<br>PO Box 409887<br>Atlanta, GA 30384 | 5555 St. Louis Mills Blvd., St. Louis, MO rent due | | 189,204.65 |
| US Foodservice<br>PO Box 502059<br>Saint Louis, MO 63150 | US Foodservice<br>PO Box 502059<br>Saint Louis, MO 63150 | Trade debt | | 226,310.33 |

B4 (Official Form 4) (12/07) - Cont.

In re    **T&J Restaurants LLC**                                          Case No. _____
                                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **West County Shoppingtown, LLC**<br>**PO Box 74045**<br>**Cleveland, OH 44194** | **West County Shoppingtown, LLC**<br>**PO Box 74045**<br>**Cleveland, OH 44194** | **Former location at 186 West County Center, Des Peres, MO rents due** | | **55,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date    **July 21, 2011**                          Signature    **/s/ John H. Whicker**
                                                                 **John H. Whicker**
                                                                 **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Illinois

In re   **T&J Restaurants LLC**
_____ ,
                                  Debtor

Case No. _____

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,000,000.00 | | |
| B - Personal Property | Yes | 3 | 806,956.48 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 4,785,247.57 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 635,683.24 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | 2,295,305.87 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| Total Assets | | | 2,806,956.48 | | |
| Total Liabilities | | | | 7,716,236.68 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Illinois

In re  **T&J Restaurants LLC** _____,  Case No. _____

Debtor

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re    **T&J Restaurants LLC**
                                                          ,    Case No. _____
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **9119 Olive Boulevard, Olivette, MO 63132** | **100%** | - | **2,000,000.00** | **2,815,767.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **2,000,000.00** | (Total of this page) |
| Total > | **2,000,000.00** |  |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **T&J Restaurants LLC**                                        ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Petty Cash/ House Funds at Restaurant and Office** | - | 19,650.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Enterprise Main/St. Peters, MO** | - | 106,032.10 |
| | | **Regions Bank/Ellisville, MO** | - | 3,153.04 |
| | | **Bank of America/O'Fallon, IL** | - | 708.18 |
| | | **US Bank/Columbia, MO** | - | 752.33 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Grey Eagle Distributors Maryland Heights, MO** | - | 500.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          130,795.65
(Total of this page)

___2___   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **T&J Restaurants LLC** _____ ,    Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Catering/ Delivery Invoices St. Louis, MO** | - | 1,870.25 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **First Penn Life Insurance Key Man term life insurance policies on each managing partner with $250,000.00 death benefit** | - | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      1,870.25
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **T&J Restaurants LLC**                                                  ,    Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Franchise Agreements Liquor Licenses, Business Licenses** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 GMC Van- Olivette, MO 2002 Dodge Ram 2500 Van- Hazelwood, MO** | - | 2,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Furniture, Fixtures & Equipment at Restaurants and Office** | - | 62,908.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Water softener located at 1305 Central Park Drive, O'Fallon, IL** | - | 500.00 |
| 30. Inventory. | | **Food, Liquor, Beer, Office** | - | 108,882.58 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Building located at 101 I-70 Drive Southwest, Columbia, MO (no interest in real estate)** | - | 200,000.00 |
| | | **Building located at 3005 Highway K, O'Fallon, MO (no interest in real estate)** | - | 300,000.00 |

|  | Sub-Total > | 674,290.58 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 806,956.48 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **T&J Restaurants LLC**                                                    , Case No. _____

                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **431653**<br><br>GE Captial Franchise Finance<br>c/o Dan Small<br>10900 NE 4th Street, Suite 500<br>Bellevue, WA 98004 | X | - | | First Mortgage<br><br>9119 Olive Boulevard,<br>Olivette, MO 63132<br><br>Value $              2,000,000.00 | | | | 2,815,767.00 | 815,767.00 |
| Account No. **428478**<br><br>GE Captial Franchise Finance<br>c/o Dan Small<br>10900 NE 4th Street, Suite 500<br>Bellevue, WA 98004 | | - | | Lien on Building<br><br>1010 I-70 Drive SW<br>Columbia, MO 65203<br><br>Value $                200,000.00 | | | | 518,953.79 | 318,953.79 |
| Account No. **428479**<br><br>GE Captial Franchise Finance<br>c/o Dan Small<br>10900 NE 4th Street, Suite 500<br>Bellevue, WA 98004 | | - | | Purchase Money Security<br><br>Furniture, Fixtures & Equipment<br>at Restaurants and Office<br><br>Value $                  62,908.00 | | | | 107,386.72 | 44,478.72 |
| Account No. **428479**<br><br>GE Captial Franchise Finance<br>c/o Dan Small<br>10900 NE 4th Street, Suite 500<br>Bellevue, WA 98004 | | - | | Lien on Building<br><br>3005 Highway K<br>O'Fallon, MO 63368<br>(See Schedule B)<br><br>Value $                300,000.00 | | | | 713,000.00 | 413,000.00 |
| _1_   continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | 4,155,107.51 | 1,592,199.51 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **T&J Restaurants LLC** _____,    Case No. _____
                                                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **429591** | | | | | Purchase Money Security | | | | | |
| **GE Captial Franchise Finance c/o Dan Small 10900 NE 4th Street, Suite 500 Bellevue, WA 98004** | - | | | | Furniture, Fixtures & Equipment at Restaurants and Office | | | | | |
| | | | | | Value $            62,908.00 | | | | 74,779.63 | 74,779.63 |
| Account No. **430948** | | | | | Purchase Money Security | | | | | |
| **GE Captial Franchise Finance c/o Dan Small 10900 NE 4th Street, Suite 500 Bellevue, WA 98004** | - | | | | Furniture, Fixtures & Equipment at Restaurants and Office | | | | | |
| | | | | | Value $            62,908.00 | | | | 487,716.81 | 487,716.81 |
| Account No. **2049 36 11** | | | | | Purchase Money Security Interest | | | | | |
| **Holmes Water Treatment Co. PO Box 115 Wentzville, MO 63385** | - | | | | 1305 Central Park Drive, O'Fallon, IL water softener (See Schedule B) | | | | | |
| | | | | | Value $               500.00 | | | | 2,333.78 | 1,833.78 |
| Account No. **401 0228453 001** | | | | | Purchase Money Security Interest | | | | | |
| **Marlin Business Bank PO Box 13604 Philadelphia, PA 19101** | - | | | | Furniture, Fixtures & Equipment at Restaurants and Office | | | | | |
| | | | | | Value $            62,908.00 | | | | 57,795.00 | 57,795.00 |
| Account No. **450 0002810 000** | | | | | Purchase Money Security Interest | | | | | |
| **Microsoft Financing Bank of the West 23896 Network Place Chicago, IL 60673** | - | | | | Furniture, Fixtures & Equipment at Restaurants and Office | | | | | |
| | | | | | Value $            62,908.00 | | | | 7,514.84 | 7,514.84 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  |  |  |
|---|---|---|
| Subtotal (Total of this page) | 630,140.06 | 629,640.06 |
| Total (Report on Summary of Schedules) | 4,785,247.57 | 2,221,839.57 |

B6E (Official Form 6E) (4/10)

.

In re    **T&J Restaurants LLC**                                                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **T&J Restaurants LLC** _____ ,    Case No. _____

    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **R025317**<br><br>**Boone County Assessor**<br>**801 E. Walnut, Room 143**<br>**Columbia, MO 65201** | - | | | **2010**<br><br>**Columbia Real Property Tax** | | | | 24,410.62 | 0.00<br><br>24,410.62 |
| Account No.<br><br>**IL Dept. of Employment Security**<br>**ATTN: Bankruptcy**<br>**850 E. Madison Street**<br>**Springfield, IL 62702** | - | | | **Required notice** | | | | 0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>**Illinois Department of Revenue**<br>**BK Unit Level 7-425**<br>**100 Randolph Street**<br>**Chicago, IL 60601** | - | | | **Required notice** | | | | 0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | - | | | **2011**<br><br>**Withholding tax** | | | | 428,097.84 | 0.00<br><br>428,097.84 |
| Account No.<br><br>**Missouri Department of Revenue**<br>**Attn: Bankruptcy Unit**<br>**P.O. Box 475**<br>**Jefferson City, MO 65105** | - | | | **04/2011**<br><br>**Sales tax** | | | | 89,900.62 | 0.00<br><br>89,900.62 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                                    0.00
(Total of this page)      542,409.08      542,409.08

B6E (Official Form 6E) (4/10) - Cont.

In re  **T&J Restaurants LLC**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. 17L631085  St. Louis County Collector of Revenue 41 S. Central Saint Louis, MO 63105 | - | | | 2008 and 2010  Olivette Real Property Tax | | | | 93,274.16 | 0.00  93,274.16 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 93,274.16 | 0.00  93,274.16 |
| | Total (Report on Summary of Schedules) | 635,683.24 | 0.00  635,683.24 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **T&J Restaurants LLC**                                          ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Ace Grease Service, Inc. 9035 State Route 163 Millstadt, IL 62260** | - | | **2011** **Trade debt** | | | | 150.00 |
| Account No. **AG CP Crestwood Retail Owner, LLC Crestwood, LLC 8001 Solutions Center Chicago, IL 60677** | - | | **2005** **Former location at CF11 South County Centerway, St. Louis, MO rents due** | | | | 45,910.70 |
| Account No. **Aire-Master 11882 County Road 485 Tebbetts, MO 65080** | - | | **2011** **Trade debt** | | | | 119.04 |
| Account No. **Aire-Master of America, Inc. PO Box 2310 Nixa, MO 65714** | - | | **2011** **Trade debt** | | | | 135.95 |

___26___   continuation sheets attached

Subtotal
(Total of this page)    46,315.69

B6F (Official Form 6F) (12/07) - Cont.

In re   **T&J Restaurants LLC**                                                    ,          Case No. _____
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Alan George<br>2614 McNair Avenue<br>Saint Louis, MO 63118 | - | | **2011**<br>**Trade debt** | | | | 188.00 |
| Account No.<br><br>Albright Heating & Air Conditioning<br>4300 Bold Venture Drive<br>Columbia, MO 65202 | - | | **2011**<br>**Trade debt** | | | | 1,509.69 |
| Account No.<br><br>Alzhimer's Association<br>Illinois Walk<br>9370 Olive Blvd.<br>Saint Louis, MO 63132 | - | | **2011**<br>**Donation event** | | | | 51.13 |
| Account No.<br><br>AM Richards Glass Co., Inc.<br>Richards Board-Up<br>225 Howard Street<br>Saint Charles, MO 63301 | - | | **2011**<br>**Trade debt** | | | | 250.00 |
| Account No.<br><br>Aramark<br>PO Box 60445<br>Saint Louis, MO 63160 | - | | **2011**<br>**Trade debt** | | | | 5,793.05 |

Sheet no. __1__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   7,791.87

B6F (Official Form 6F) (12/07) - Cont.

In re    **T&J Restaurants LLC** _____,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Arctic Ice**<br>**1498 Kin-Ark Court**<br>**Saint Louis, MO 63132** | - | | 2011<br>Trade debt | | | | 1,292.50 |
| Account No.<br><br>**Barron & Associates, Inc.**<br>**Employer Services Company**<br>**PO Box 7334**<br>**Saint Louis, MO 63177** | - | | 2011<br>Management services for unemployment | | | | 400.00 |
| Account No.<br><br>**Bass Spencer Account**<br>**c/o Thomas Bass**<br>**1603 Chapel Hill Road, Suite 203**<br>**Columbia, MO 65203** | - | | 2011<br>101 I-70 Drive, Columbia, MO rents due | | | | 32,800.00 |
| Account No.<br><br>**Beishir Lock & Security**<br>**5423 S. Lindbergh Blvd.**<br>**Saint Louis, MO 63123** | - | | 2011<br>Trade debt | | | | 379.89 |
| Account No.<br><br>**Beneflex HR Resources, Inc.**<br>**10805 Sunset Office Drive**<br>**Suite 401**<br>**Saint Louis, MO 63127** | - | | 2011<br>Human resource services | | | | 255.65 |

Sheet no. __2__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **35,128.04**

B6F (Official Form 6F) (12/07) - Cont.

In re **T&J Restaurants LLC** _____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | 2011<br>Trade debt | | | | |
| Bertarelli<br>1927 Marconi<br>Saint Louis, MO 63110 | | | | | | | | 588.00 |
| Account No. | | - | | 2011<br>Trade debt | | | | |
| Birthdays Direct<br>Sigma Systems, Inc.<br>PO Box 181<br>Cottleville, MO 63338 | | | | | | | | 4,781.65 |
| Account No. | | - | | 2011<br>Trade debt | | | | |
| Bright Cleaning Specialists<br>PO Box 431<br>Eureka, MO 63025 | | | | | | | | 125.00 |
| Account No. | | - | | 2011<br>Trade debt | | | | |
| Busch Media Production<br>Joanne Busch<br>12158 Westward Drive<br>Saint Louis, MO 63146 | | | | | | | | 200.00 |
| Account No. | | - | | 2011<br>12466 Tesson Ferry, St. Louis, MO rents due | | | | |
| Capitol South, Inc.<br>11850 Studt Avenue<br>PO Box 419121<br>Saint Louis, MO 63141 | | | | | | | | 10,775.45 |

Sheet no. __3__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,470.10

B6F (Official Form 6F) (12/07) - Cont.

In re   **T&J Restaurants LLC**
_____,
Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Trade debt | | | | |
| Century Link PO Box 4300 Carol Stream, IL 60197 | - | | | | | | | 465.37 |
| Account No. | | | | 2011 Trade debt | | | | |
| Chauvin Coffee Company 4106 Meramec Saint Louis, MO 63116 | - | | | | | | | 80.70 |
| Account No. | | | | 2011 Trade debt | | | | |
| Cintas First Aid & Safety 634 Lambert Pointe Drive Hazelwood, MO 63042 | - | | | | | | | 62.95 |
| Account No. | | | | 2011 Trade debt | | | | |
| Clear Channel Broadcasting 5556 Collections Center Drive Chicago, IL 60693 | - | | | | | | | 1,581.00 |
| Account No. | | | | 2011 Donation event | | | | |
| Columbia College Athletics 1001 Rogers Street Columbia, MO 65216 | - | | | | | | | 113.00 |

Sheet no. __4__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,303.02

B6F (Official Form 6F) (12/07) - Cont.

In re   **T&J Restaurants LLC**                                    ,   Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Columbia Montessori School**<br>**3 Anderson Avenue**<br>**Columbia, MO 65203** | - | | **2011**<br>**Donation event** | | | | 117.33 |
| Account No.<br><br>**Commercial Kitchen Services**<br>**808 Hanley Industrial Court**<br>**Saint Louis, MO 63144** | - | | **2011**<br>**Trade debt** | | | | 3,116.35 |
| Account No.<br><br>**Commercial Kitchen Services, Inc.**<br>**808 Hanley Industrial Court**<br>**Saint Louis, MO 63144** | - | | **2011**<br>**Trade debt** | | | | 3,853.69 |
| Account No.<br><br>**Commerical Pumping Services, LLC**<br>**PO Box 429**<br>**Saint Charles, MO 63302** | - | | **2011**<br>**Trade debt** | | | | 320.00 |
| Account No.<br><br>**Conover Office Products**<br>**120 Point West Blvd.**<br>**Saint Charles, MO 63301** | - | | **2011**<br>**Trade debt** | | | | 668.59 |

Sheet no. __5__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,075.96

B6F (Official Form 6F) (12/07) - Cont.

In re __T&J Restaurants LLC_____,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ctuit, Inc.**<br>**867 Diablo Avenue, Suite B**<br>**Novato, CA 94947** | - | | **2011**<br>**Trade debt** | | | | **2,280.00** |
| Account No.<br><br>**Culligan**<br>**1801 Commerce Court**<br>**Columbia, MO 65202** | - | | **2011**<br>**Trade debt** | | | | **254.87** |
| Account No.<br><br>**Darling International, Inc.**<br>**PO Box552210**<br>**Detroit, MI 48255** | - | | **2011**<br>**Trade debt** | | | | **600.00** |
| Account No.<br><br>**Des Peres Plumbing**<br>**923 Des Peres Road**<br>**Saint Louis, MO 63131** | - | | **2011**<br>**Trade debt** | | | | **8,778.00** |
| Account No.<br><br>**DirecTV**<br>**PO Box 60036**<br>**Los Angeles, CA 90060** | - | | **2011**<br>**Trade debt** | | | | **89.99** |

Sheet no. _6_ of _26_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,002.86**

B6F (Official Form 6F) (12/07) - Cont.

In re    **T&J Restaurants LLC**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2011 | | | | |
| DM Steele Company 1355 S. Acacia Avenue Fullerton, CA 92831 | - | | Trade debt | | | | |
| | | | | | | | 1,107.00 |
| Account No. | | | 2011 | | | | |
| Document & Network Technology, Inc. 2275 Cassens Court Fenton, MO 63026 | - | | Lease of copier | | | | |
| | | | | | | | 381.10 |
| Account No. | | | 2011 | | | | |
| Document & Network Technology, Inc. 2275 Cassens Court Fenton, MO 63026 | - | | Copier and check printer agreement | | | | |
| | | | | | | | 199.52 |
| Account No. | | | 2011 | | | | |
| DoorMail, Inc. Apt. Doormail, Inc. 5500 S. Highway UU Columbia, MO 65203 | - | | Trade debt | | | | |
| | | | | | | | 355.00 |
| Account No. | | | 2011 | | | | |
| Dr. Reid Smeda University of Missouri 204 Waters Hall Columbia, MO 65211 | - | | Trade debt | | | | |
| | | | | | | | 18.00 |

Sheet no. __7__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,060.62

B6F (Official Form 6F) (12/07) - Cont.

In re   **T&J Restaurants LLC**                                   ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DTT Surveillance**<br>**1755 N. Main Street**<br>**Los Angeles, CA 90031** | - | | | **2011**<br>**Trade debt** | | | | 978.16 |
| Account No.<br><br>**Duckett Creek Sanitary District**<br>**3550 Highway K**<br>**O Fallon, MO 63368** | - | | | **2011**<br>**Utility services** | | | | 305.08 |
| Account No.<br><br>**Eclectic Elegance**<br>**516 Woodmere Crossing**<br>**Saint Charles, MO 63303** | - | | | **2011**<br>**Trade debt** | | | | 2,335.00 |
| Account No.<br><br>**Ecolab Food Safety Specialists**<br>**24198 Network Place**<br>**Chicago, IL 60673** | - | | | **2011**<br>**Trade debt** | | | | 740.53 |
| Account No.<br><br>**Ecolab Institution**<br>**PO Box 70343**<br>**Chicago, IL 60773** | - | | | **2011**<br>**Trade debt** | | | | 3,694.16 |

Sheet no. __8___ of __26___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,052.93**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **T&J Restaurants LLC**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Trade debt | | | | |
| Ecolab Pest Elimination PO Box 6007 Grand Forks, ND 58206 | - | | | | | | | 3,195.62 |
| Account No. | | | | 2011 Trade debt | | | | |
| Edward Don & Company Attn: Estelle DeLaurentis 2500 S. Harlem Avenue Riverside, IL 60546 | - | | | | | | | 49,908.78 |
| Account No. | | | | 2011 Trade debt | | | | |
| Emmis St. Louis 1193 Reliable Parkway Chicago, IL 60686 | - | | | | | | | 2,930.00 |
| Account No. | | | | 2011 Trade debt | | | | |
| Fabulous Fish Company 13560 Northwest Industrial Blvd. Bridgeton, MO 63044 | - | | | | | | | 694.69 |
| Account No. | | | | 2011 Trade debt | | | | |
| Fay Hubert 10657 Hubert Lane Lebanon, IL 62254 | - | | | | | | | 350.00 |

Sheet no. __9__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

57,079.09

B6F (Official Form 6F) (12/07) - Cont.

In re  **T&J Restaurants LLC**
_____,    Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2011 Trade debt | | | | |
| Filter Service of St. Louis PO Box 1551 Saint Peters, MO 63376 | - | | | | | | 1,085.17 |
| Account No. | | | 2011 Trade debt | | | | |
| Fish Window Cleaning 2501R West Ash Street Columbia, MO 65203 | - | | | | | | 195.00 |
| Account No. | | | 2011 Trade debt | | | | |
| Fisher Homes c/o Scott Fisher 5901 E. Osage Ridge Lane Columbia, MO 65201 | - | | | | | | 1,354.37 |
| Account No. | | | 2011 1305 Central Park Drive, O'Fallon, IL rents due | | | | |
| FLN Land Company, LLC 940 Hemsath Road Saint Charles, MO 63303 | - | | | | | | 11,000.00 |
| Account No. | | | 2011 Donation event | | | | |
| Fontebella Maternity Shelter PO Box 137 O Fallon, IL 62269 | - | | | | | | 224.80 |

Sheet no. __10__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,859.34

B6F (Official Form 6F) (12/07) - Cont.

In re    **T&J Restaurants LLC**
_____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ford Hotel Supply**<br>**2204 N. Broadway**<br>**Saint Louis, MO 63102** | - | | **2011**<br>**Trade debt** | | | | 118.96 |
| Account No.<br><br>**Franklin Machine Products**<br>**PO Box 8500**<br>**S-41570**<br>**Philadelphia, PA 19178** | - | | **2011**<br>**Trade debt** | | | | 391.74 |
| Account No.<br><br>**G&S Service and Repair**<br>**440 Sylvan Springs Road**<br>**Saint Louis, MO 63125** | - | | **2011**<br>**Trade debt** | | | | 958.99 |
| Account No.<br><br>**Glazer's Midwest St. Louis**<br>**Mid-Continent Distributor, Inc.**<br>**One Glazer Way**<br>**Saint Charles, MO 63301** | - | | **2011**<br>**Trade debt** | | | | 3,460.99 |
| Account No.<br><br>**Grey Eagle Distributors**<br>**2340 Millpark Drive**<br>**Maryland Heights, MO 63043** | - | | **2011**<br>**Trade debt** | | | | 181.90 |

Sheet no. __11__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,112.58

B6F (Official Form 6F) (12/07) - Cont.

In re    **T&J Restaurants LLC**                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Grizzly Bear Lawn Care, LLC**<br>**2031 N. Finnegan Court**<br>**Columbia, MO 65202** | - | | **2011**<br>**Trade debt** | | | | 950.00 |
| Account No.<br><br>**H-Vee Food Store #1076**<br>**Hy-Vee, Inc.**<br>**5820 Westown Parkway**<br>**West Des Moines, IA 50266** | - | | **2011**<br>**Trade debt** | | | | 6.73 |
| Account No.<br><br>**Helget Gas Products**<br>**PO Box 24246**<br>**Omaha, NE 68124** | - | | **2011**<br>**Trade debt** | | | | 24,323.42 |
| Account No.<br><br>**Hi-Tech Landscape Maintenance**<br>**4128 Stafford Place Court**<br>**Saint Charles, MO 63304** | - | | **2011**<br>**Trade debt** | | | | 175.00 |
| Account No.<br><br>**Hoodz of Mid-Missouri**<br>**NW Metro St. Louis**<br>**138 N. Capistrano**<br>**Jefferson City, MO 65109** | - | | **2011**<br>**Trade debt** | | | | 1,380.00 |

Sheet no. __12__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,835.15

B6F (Official Form 6F) (12/07) - Cont.

In re    **T&J Restaurants LLC**                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Horstmann Brothers, LLC** <br> **1601 Dielman Road** <br> **Saint Louis, MO 63132** | - | | **2011** <br> **Trade debt** | | | | 352.80 |
| Account No. <br><br> **IESI-Missouri Corporation** <br> **PO Box 650297** <br> **Dallas, TX 75265** | - | | **2011** <br> **Trade debt** | | | | 1,609.35 |
| Account No. <br><br> **John Michael Conroy Jr.** <br> **4991 N. Irvin Loop** <br> **Columbia, MO 65202** | - | | **2011** <br> **Trade debt** | | | | 300.00 |
| Account No. <br><br> **John Whicker** <br> **516 Woodmere Crossing** <br> **Saint Charles, MO 63303** | - | | **Monies loaned** | | | | 1,308,624.94 |
| Account No. <br><br> **Just Windows Window Cleaning** <br> **PO Box 31367** <br> **Saint Louis, MO 63131** | - | | **2011** <br> **Trade debt** | | | | 1,426.00 |

Sheet no. __13__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,312,313.09**

B6F (Official Form 6F) (12/07) - Cont.

In re     **T&J Restaurants LLC**                                    ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Koonse Glass Company**<br>**300 North 109th Street**<br>**Columbia, MO 65201** | - | | **2011**<br>**Trade debt** | | | | 1,400.00 |
| Account No.<br><br>**Lexis Outdoor Services**<br>**6715 State Route 111**<br>**South Roxana, IL 62087** | - | | **2011**<br>**Trade debt** | | | | 25.00 |
| Account No.<br><br>**Major Brands-St. Louis**<br>**PO Box 840141**<br>**Kansas City, MO 64184** | - | | **2011**<br>**Trade debt** | | | | 1,388.14 |
| Account No.<br><br>**Marquette Cheerleading Booster Club**<br>**2351 Clarkson Road**<br>**Chesterfield, MO 63017** | - | | **2011**<br>**Donation event** | | | | 201.59 |
| Account No.<br><br>**Meridian Supply**<br>**Meridian, Inc.**<br>**9950 Page Avenue**<br>**Saint Louis, MO 63132** | - | | **2011**<br>**Trade debt** | | | | 452.13 |

Sheet no. __14__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,466.86

B6F (Official Form 6F) (12/07) - Cont.

In re    **T&J Restaurants LLC**                                              ,    Case No. _____
                                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | |
| Account No. | | | | | 2011 Trade debt | | | | |
| **Midway Electric, Inc.** **7301 W. Henderson Road** **Columbia, MO 65202** | - | | | | | | | | 841.26 |
| Account No. | | | | | 2011 Trade debt | | | | |
| **Midwest Repair Service** **3452 Baumgartner Road** **Saint Louis, MO 63129** | - | | | | | | | | 17,620.56 |
| Account No. | | | | | 2011 Trade debt | | | | |
| **Missouri Logos, LLC** **Director of Revenue** **Credit St. Rd. Fund** **3218 Emerald Lane, Suite A** **Jefferson City, MO 65109** | - | | | | | | | | 6,830.82 |
| Account No. | | | | | 2011 Trade debt | | | | |
| **Mizzou Sports Properties, LLC** **c/o Learfield Communications, Inc.** **PO Box 1467** **Jefferson City, MO 65102** | - | | | | | | | | 7,137.24 |
| Account No. | | | | | 2011 Trade debt | | | | |
| **Modern Media Concepts, LLC** **111 South 9th Street, Suite 150** **Columbia, MO 65201** | - | | | | | | | | 770.00 |

Sheet no. __15__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,199.88

B6F (Official Form 6F) (12/07) - Cont.

In re **T&J Restaurants LLC** _____,    Case No. _____
                                        **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Moore Food Distributors, Inc.** <br>**PO Box 790056** <br>**Saint Louis, MO 63179** | - | | **2011** <br>**Trade debt** | | | | 60.37 |
| Account No. <br><br>**Moreys Seafood Intl., Inc.** <br>**PO Box 1450** <br>**Minneapolis, MN 55485** | - | | **2011** <br>**Trade debt** | | | | 1,099.37 |
| Account No. <br><br>**Muzak, LLC** <br>**PO Box 71070** <br>**Charlotte, NC 28272** | - | | **2011** <br>**Trade debt** | | | | 103.79 |
| Account No. <br><br>**MyBrandPromo, Inc.** <br>**9260 Dielman Industrial Drive** <br>**Saint Louis, MO 63132** | - | | **2011** <br>**Trade debt** | | | | 1,450.99 |
| Account No. <br><br>**New Chef Fashion, Inc.** <br>**3223 East 46th Street** <br>**Los Angeles, CA 90058** | - | | **2011** <br>**Trade debt** | | | | 523.51 |

Sheet no. __16__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,238.03

B6F (Official Form 6F) (12/07) - Cont.

In re    **T&J Restaurants LLC**                                            ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2011 | | | | |
| New Life Center Youth Group 11570 Mark Twain Lane Bridgeton, MO 63044 | - | | Donation event | | | | |
| | | | | | | | 134.80 |
| Account No. | | | 2011 | | | | |
| New System 4120 Rider Trail North Earth City, MO 63045 | - | | Trade debt | | | | |
| | | | | | | | 320.78 |
| Account No. | | | 2011 | | | | |
| Newsmagazine Network 355 Ozark Trail Drive Ballwin, MO 63011 | - | | Trade debt | | | | |
| | | | | | | | 577.50 |
| Account No. | | | 2011 | | | | |
| Nickolaus Welding c/o Robert M. Nickolaus 6827 Bear Creek Drive Saint Louis, MO 63129 | - | | Trade debt | | | | |
| | | | | | | | 644.00 |
| Account No. | | | 2011 | | | | |
| Northwestern Mutual Funds PO Box 3009 Milwaukee, WI 53201 | - | | Trade debt | | | | |
| | | | | | | | 3,075.45 |

Sheet no. __17__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,752.53

B6F (Official Form 6F) (12/07) - Cont.

In re    **T&J Restaurants LLC**                                      ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Otis & Clark Properties Clarkson/Clayton Plaza, LLC 1850 Craigshire Road, Suite 103 Saint Louis, MO 63146** | - | | **2001 1382 Clarkson-Clayton Center, #20, Ellisville, MO rents due** | | | | 19,285.22 |
| Account No. <br><br>**Pepsi Cola 75 Remittance Drive, Suite 1884 Chicago, IL 60675** | - | | **2011 Trade debt** | | | | 5,575.22 |
| Account No. <br><br>**Philibert Security Systems, Inc. 735 Marshall Avenue Saint Louis, MO 63119** | - | | **2011 Trade debt** | | | | 226.58 |
| Account No. <br><br>**Progress Command Post PO Box 427 Belleville, IL 62222** | - | | **2011 Trade debt** | | | | 991.90 |
| Account No. <br><br>**PS and J Professional Baseball Club 900 TR Hughes Blvd. O Fallon, MO 63366** | - | | **2011 Trade debt** | | | | 8,400.80 |

Sheet no. __18__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **34,479.72**

B6F (Official Form 6F) (12/07) - Cont.

In re **T&J Restaurants LLC**                                    ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2011 | | | | |
| **Pyrotech**<br>**PO Box 396**<br>**Godfrey, IL 62035** | - | | **Trade debt** | | | | 1,048.72 |
| Account No. | | | 2011 | | | | |
| **Questionable Pursuits, LLC**<br>**c/o Mark Arminio**<br>**11033 Westport Station Drive**<br>**Apt. D**<br>**Maryland Heights, MO 63043** | - | | **Trade debt** | | | | 1,550.00 |
| Account No. | | | 2011 | | | | |
| **Real Mex Foods, Inc.**<br>**7150 Village Drive**<br>**Buena Park, CA 90621** | - | | **Trade debt** | | | | 1,314.51 |
| Account No. | | | 2011 | | | | |
| **Real Mex Restaurants**<br>**5660 Katella Avenue, Suite 100**<br>**Cypress, CA 90630** | - | | **Marketing and royalty fees** | | | | 109,158.00 |
| Account No. | | | 2011 | | | | |
| **Real Mex Restaurants**<br>**5660 Katella Avenue, Suite 100**<br>**Cypress, CA 90630** | - | | **Marketing** | | | | 44,025.15 |

Sheet no. __19__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

157,096.38

B6F (Official Form 6F) (12/07) - Cont.

In re    **T&J Restaurants LLC**                                        ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Regency Plaza (Missouri) LLC**<br>**1448 Paysphere Circle**<br>**Chicago, IL 60674** | - | | **2011**<br>**Trade debt** | | | | 608.36 |
| Account No.<br><br>**Restaurant Technologies, Inc.**<br>**12962 Collections Center Drive**<br>**Chicago, IL 60693** | - | | **2011**<br>**Trade debt** | | | | 3,462.00 |
| Account No.<br><br>**Riverfront Graphics**<br>**2060 Exchange Drive**<br>**Saint Charles, MO 63303** | - | | **2011**<br>**Trade debt** | | | | 103.15 |
| Account No.<br><br>**Roto Rooter**<br>**5672 Collections Center Drive**<br>**Chicago, IL 60693** | - | | **2011**<br>**Trade debt** | | | | 1,569.76 |
| Account No.<br><br>**Safeguard Business Systems**<br>**PO Box 88043**<br>**Chicago, IL 60680** | - | | **2011**<br>**Trade debt** | | | | 258.34 |

Sheet no. __20__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,001.61

B6F (Official Form 6F) (12/07) - Cont.

In re    **T&J Restaurants LLC** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sam's Club**<br>**PO Box 530970**<br>**Atlanta, GA 30353** | - | | 2011<br>Trade debt | | | | 293.91 |
| Account No.<br><br>**Shoes for Crews**<br>**PO Box 504634**<br>**Saint Louis, MO 63150** | - | | 2011<br>Trade debt | | | | 1,332.97 |
| Account No.<br><br>**Southern Wine & Spirits of IL**<br>**2971 Collection Center Drive**<br>**Chicago, IL 60693** | - | | 2011<br>Trade debt | | | | 477.00 |
| Account No.<br><br>**Squirrel Systems GP**<br>**PMB 740**<br>**250 H Street**<br>**Blaine, WA 98230** | - | | 2011<br>Trade debt | | | | 374.43 |
| Account No.<br><br>**St. Charles Precision Cuts**<br>**c/o Dave Goodson**<br>**3042 St. Camella**<br>**Saint Charles, MO 63301** | - | | 2011<br>Trade debt | | | | 315.00 |

Sheet no. __21__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,793.31**

B6F (Official Form 6F) (12/07) - Cont.

In re    **T&J Restaurants LLC**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2011 Trade debt | | | | |
| St. Louis Cardinals, LLC 700 Clark Street Saint Louis, MO 63102 | - | | | | | | | 10,833.40 |
| Account No. | | | | 2011 5555 St. Louis Mills Blvd., St. Louis, MO rent due | | | | |
| St. Louis Mills Limited Partnership PO Box 409887 Atlanta, GA 30384 | - | | | | | | | 189,204.65 |
| Account No. | | | | 2011 2911 Veterans Memorial Parkway, St. Charles, MO rents due | | | | |
| Stancorp Mortgage Investors, LLC 19225 NW Tanasbourne Drive Hillsboro, OR 97124 | - | | | | | | | 6,500.00 |
| Account No. | | | | 2011 Trade debt | | | | |
| Starbeam Supply Company 1360 Baur Blvd. Saint Louis, MO 63132 | - | | | | | | | 246.87 |
| Account No. | | | | 2011 Trade debt | | | | |
| Summit Distributing 3201 Rider Trail South Earth City, MO 63045 | - | | | | | | | 381.60 |

Sheet no. __22__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        207,166.52

B6F (Official Form 6F) (12/07) - Cont.

In re     **T&J Restaurants LLC** _____,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Trade debt | | | | |
| **Sun Rental, Inc.** **11710 St. Charles Rock Road** **Bridgeton, MO 63044** | - | | | | | | | 1,787.80 |
| Account No. | | | | 2011 Trade debt | | | | |
| **Superior Upholstery** **c/o Charles D. Lonero** **38 Circle Way** **Saint Peters, MO 63376** | - | | | | | | | 1,022.00 |
| Account No. | | | | 2011 Trade debt | | | | |
| **TF Parts company** **15009 Manchester Road #279** **Ballwin, MO 63011** | - | | | | | | | 787.15 |
| Account No. | | | | 2011 Trade debt | | | | |
| **The Customer Connection** **621 S. Andraeasen Drive #B** **Escondido, CA 92029** | - | | | | | | | 595.53 |
| Account No. | | | | 2011 Trade debt | | | | |
| **The Legacy-Lindenwood Newspaper** **LU Student News** **209 S. Kingshighway** **Saint Charles, MO 63301** | - | | | | | | | 275.00 |

Sheet no. __23__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,467.48

B6F (Official Form 6F) (12/07) - Cont.

In re    **T&J Restaurants LLC**                                                          ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Thermodyne CCCS, Inc.**<br>**10014 Old Lincoln Trail**<br>**Fairview Heights, IL 62208** | - | | **2011**<br>**Trade debt** | | | | 164.50 |
| Account No.<br><br>**Towner Communications Systems**<br>**2511B Industrial Drive**<br>**Jefferson City, MO 65109** | - | | **2011**<br>**Trade debt** | | | | 68.50 |
| Account No.<br><br>**Traveling Tunes**<br>**c/o Debra Volkening-Quarternik**<br>**1616 Old State Road**<br>**Glencoe, MO 63038** | - | | **2011**<br>**Trade debt** | | | | 1,200.00 |
| Account No.<br><br>**Turnkey Technologies, Inc.**<br>**770 Spirit of St. Louis Blvd.**<br>**Suite 100**<br>**Chesterfield, MO 63005** | - | | **2011**<br>**Trade debt** | | | | 75.00 |
| Account No.<br><br>**US Foodservice**<br>**PO Box 502059**<br>**Saint Louis, MO 63150** | - | | **2011**<br>**Trade debt** | | | | 226,310.33 |

Sheet no. __24__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

227,818.33

B6F (Official Form 6F) (12/07) - Cont.

In re    **T&J Restaurants LLC**
                                                                    ,    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Trade debt | | | | |
| **Villa Lighting Supply** **2929 Chouteau Avenue** **Saint Louis, MO 63103** | - | | | | | | | 654.69 |
| Account No. | | | | 2011 Trade debt | | | | |
| **Wasserstrom** **477 S. Front Street** **MO 63215** | - | | | | | | | 1,093.68 |
| Account No. | | | | 2009 Former location at 186 West County Center, Des Peres, MO rents due | | | | |
| **West County Shoppingtown, LLC** **PO Box 74045** **Cleveland, OH 44194** | - | | | | | | | 55,000.00 |
| Account No. | | | | 2011 Donation event | | | | |
| **Westminster College Volleyball** **501 Westminster Avenue** **Fulton, MO 65251** | - | | | | | | | 49.10 |
| Account No. | | | | 2011 Trade debt | | | | |
| **Wilcoxen & Wilcoxen, Inc.** **Micro-Ovens of St. Louis** **7835 Manchester** **Saint Louis, MO 63144** | - | | | | | | | 530.25 |

Sheet no. __25__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

57,327.72

B6F (Official Form 6F) (12/07) - Cont.

In re     **T&J Restaurants LLC** ,                    Case No. _____

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011 Trade debt | | | | |
| **Wirtz Beverage Illinois 4 Premier Drive Belleville, IL 62222** | - | | | | | | | |
| | | | | | | | | 97.16 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| Sheet no. __26__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 97.16 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 2,295,305.87 |

B6G (Official Form 6G) (12/07)

In re    **T&J Restaurants LLC**
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AG CP Crestwood Retail Owner LLC Crestwood, LLC 8001 Solutions Center Chicago, IL 60677-8000** | **Expired Lease- Chevys Fresh Mex 158 Crestwood Plaza St. Louis, MO 63126** |
| **Anthem Blue Cross Blue Shield Anthem BCBS MO Group PO Box 105183 Atlanta, GA 30348** | **Contract for health insurance benefits** |
| **Aramark PO Box 60445 Saint Louis, MO 63130** | **Service agreement for linen services.  Expires- February 10, 2012** |
| **Beneflex HR Resources, Inc. 10805 Sunset Office Drive Suite 401 Saint Louis, MO 63127** | **Contract for COBRA management** |
| **Document & Network Technology, Inc. 2275 Cassens Court Fenton, MO 63026** | **Expires November 14, 2013 Lease of Konica printer/copier** |
| **Document & Network Technology, Inc. 2275 Cassens Court Fenton, MO 63026** | **Expired June 19, 2011 Lease of HP 4200 check printer** |
| **Ecolab Institutional 12825 Flushing Meadows Drive Suite 100 Saint Louis, MO 63131** | **Service agreement.  Concurrent with Real Mex Restaurants- Our Franchiser** |
| **Essex Vision Benefits PO Box 504001 Saint Louis, MO 63150** | **Contract for vision insurance benefits** |
| **FLN Land Company LLC 940 Hemsath Road Saint Charles, MO 63303** | **Expires December 31, 2020 Lease- Chevys Fresh Mex 1305 Central Park Drive O'Fallon, IL 62269** |
| **Hack Family Trust c/o Stancorp Mortgage Investors 5702 Indian Pointe Drive Simi Valley, CA 93063** | **Expires- February 28, 2021- Lease-Chevys Fresh Mex 2911 Veterans Memorial PKWY. St. Charles, MO 63303** |

**2**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **T&J Restaurants LLC**                                          ,  Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Lincoln National Life Insurance<br>PO Box 0821<br>Carol Stream, IL 60132 | Contract for life and dental insurance benefits |
| Lincoln National Life Insurance<br>PO Box 0821<br>Carol Stream, IL 60132 | Contract for voluntary life insurance benefits |
| McKelvey Family Partnership<br>c/o Patty McKelvery<br>McKelvey Properties<br>2010 Bluestone Drive<br>Saint Charles, MO 63303 | Expires- October 27, 2021<br>Ground Lease-Chevys Fresh Mex<br>3005 Highway K<br>O'Fallon, MO 63368 |
| MTJW Properties, LLC<br>940 Hemsath Road<br>Saint Charles, MO 63303 | Expires- December 31, 2015<br>Lease- Office<br>940 Hemsath Road<br>St. Charles, MO 63303 |
| Northwestern Mutual Funds<br>PO Box 3009<br>Milwaukee, WI 53201 | Contract for adjustable CL policies |
| Otis & Clark Properties<br>Clarkson/Clayton Plaza LLC<br>1850 Craigshire Road, Suite 103<br>Saint Louis, MO 63146 | Contract June 24, 2009 (Month to Month)<br>Lease- Chevys Fresh Mex<br>1382 Clarkson-Clayton Center, #20<br>Ellisville, MO 63011 |
| Pepsi Cola<br>1 Union Seventy Center Drive<br>Saint Louis, MO 63120 | On-Going<br>Agreement |
| Rewards Network<br>10800 Farley Street<br>Overland Park, KS 66210 | When Dining Credits are all Used- Approximately October, 2011<br>Dining Credits Agreement |
| St. Louis Mills Limited Partnership<br>PO Box 409887<br>Atlanta, GA 30384-9887 | Expires- November 12, 2013<br>Lease- Chevys Fresh Mex<br>5555 St. Louis Mills Blvd. #443<br>Hazelwood, MO 63042 |
| Thomas Bass- Bass Spencer Account<br>1603 Chapel Hill Road, Suite 203<br>Columbia, MO 65203 | Expires- January 31, 2013<br>Ground Lease- Chevys Fresh Mex<br>1010 I-70 Drive Southwest<br>Columbia, MO 65203 |
| US Foodservice<br>PO Box 502059<br>Saint Louis, MO 63150 | On-Going<br>Agreement |
| Welcome Wagon<br>5830 Coral Ridge Drive, Suite 240<br>Coral Springs, FL 33076-3388 | Marketing Agreement |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **T&J Restaurants LLC**                            ,      Case No. _____

                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **West County Shoppingtown LLC**<br>**PO Box 74045**<br>**Cleveland, OH 44194-4045** | **Expires- June 30, 2013**<br>**Lease- Chevys Express Mex**<br>**186 West County Center**<br>**Des Peres, MO 63131** |
| **WorldPay US, Inc.**<br>**600 Morgan Falls**<br>**Atlanta, GA 30350** | **Expires June, 2013.  Credit Card Processing**<br>**Contract.** |

Sheet   **2**   of   **2**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com           Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re __**T&J Restaurants LLC**_____,    Case No. _____
                             Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David Tinker**<br>**5708 Keller Bend Drive**<br>**Saint Louis, MO 63128** | **GE Captial Franchise Finance**<br>**c/o Dan Small**<br>**10900 NE 4th Street, Suite 500**<br>**Bellevue, WA 98004** |
| **Esam El-Qunni**<br>**2390 Canyon Drive**<br>**Saint Charles, MO 63303** | **GE Captial Franchise Finance**<br>**c/o Dan Small**<br>**10900 NE 4th Street, Suite 500**<br>**Bellevue, WA 98004** |
| **The John H. Whicker Revocable Trust**<br>**516 Woodmere Crossing**<br>**Saint Charles, MO 63303** | **GE Captial Franchise Finance**<br>**c/o Dan Small**<br>**10900 NE 4th Street, Suite 500**<br>**Bellevue, WA 98004** |
| **Thomas Boulch**<br>**632 Oregon Trail**<br>**Saint Charles, MO 63304** | **GE Captial Franchise Finance**<br>**c/o Dan Small**<br>**10900 NE 4th Street, Suite 500**<br>**Bellevue, WA 98004** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Illinois

In re    **T&J Restaurants LLC**                                        Case No. _____

                                       Debtor(s)           Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**42**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 21, 2011** _____         Signature    **/s/ John H. Whicker** _____

                                                       **John H. Whicker**
                                                       **Managing Member**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Illinois

In re   **T&J Restaurants LLC**                                     Case No.

                                              Debtor(s)                Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,292,366.83** | **Period 7 2011 YTD Profit & Loss Statement GP Accounting System 12/29/11-07/12/11** |
| **$16,723,693.49** | **2010 YTD Profit & Loss Statement GP Accounting System Last year, (January 1- December 31) 12/30/09-12/28/10** |
| **$19,598,588.81** | **2009 YTD Profit & Loss Statement GP Accounting System (January 1- December 31) 12/31/08-12/29/09** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached Exhibit A to SOFA | | $0.00 | $0.00 |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached Exhibit B to SOFA | | $0.00 | $0.00 |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Nizan Hack and Deokie Hack as Co-Trustees of the Hack Family Trust v. T&J Restaurants LLC Case No. 1011-CV06274** | **Breach of Lease** | **St. Charles County, Missouri Circuit Court** | **Judgment** |
| **West County Shoppingtown LLC v. T&J Restaurants LLC Case No. 11SL-CC00314** | **Breach of Lease** | **St. Louis County, Missouri Circuit Court** | **Judgment** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☐
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **St. Louis Children's Hospital Foundation One Children's Place Saint Louis, MO 63110** | **None** | **12/15/10 through 07/04/11** | **$7,000.00 Cash** |
| **American Heart Association** | **None** | **04/25/11** | **$50.00 Cash** |

4

#### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

#### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Lathrop & Gage LLP**<br>**7701 Forsyth Blvd.**<br>**Suite 400**<br>**Saint Louis, MO 63105** | **07/2010 - 07/2011** | **$14,500.00** |
| **Lathrop & Gage LLP**<br>**7701 Forsyth, Suite 400**<br>**Clayton, MO 63105** | **07/19/2011** | **$10,000.00 - Retainer** |
| **Desai Eggmann Mason, LLC**<br>**7733 Forsyth Blvd., Suite 2075**<br>**Saint Louis, MO 63105** | **07/19/2011** | **$15,000.00 - Retainer** |

#### 10. Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
☐

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |
| **FLN Land Company LLC**<br>**940 Hemsath Road**<br>**Saint Charles, MO 63303** | | **Sold Land and Building at Chevys Fresh Mex**<br>**1305 Central Park Drive**<br>**O'Fallon, IL 62269** |

5

**11. Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **T&J Restaurants, LLC** | **43-1782049** | **d/b/a Chevy's Fresh Mex** | **Restaurant/Bar Operations** | **See Attached Exhibit C to SOFA For Locations and Operating Dates** |

7

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Chris Tiemann- Accounting Manager/Chevys** | **7/1997-Current** |
| **1002 Haversham Court** | |
| **Saint Charles, MO 63304** | |
| | |
| **Mueller Prost, PC Formerly MPP&W PC** | **8/2006-Current** |
| **2460 Executive Drive** | |
| **Saint Charles, MO 63303** | |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |
| **Mueller Prost, PC- Formerlly** | **2460 Executive Drive** | **2006-Current** |
| **MPP&W PC** | **Saint Charles, MO 63303** | |

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |
| **Mueller Prost, PC-Mike Prost/Beth Miller** | **2/1/2010, 5/27/2010** |
| **2460 Executive Drive** | |
| **Saint Charles, MO 63303** | |
| | |
| **Enterprise Bank** | **07/14/2009, 12/08/2009, 06/21/2011** |
| **c/o Ken Gumper** | |
| **300 St. Peters Centre Blvd.** | |
| **Saint Peters, MO 63376** | |
| | |
| **Ge Capital Franchise Finance** | **08/11/2009, 03/25/2010, 05/26/2010, 07/11/2011** |
| **c/o Dan Small** | |
| **6464 185th Avenue NE, Suite 100** | |
| **Redmond, WA 98052** | |
| | |
| **Real Mex Restaurants, Inc.** | **05/26/2010, 06/25/2010** |
| **c/o Rick Dutkiewcz** | |
| **5660 Katella Avenue, Suite 100** | |
| **Cypress, CA 90630** | |

8

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **St. Louis Mills Limited Partnership**<br>**Simon Property Group**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204** | **3/25/2010** |
| **Hack Family Trust**<br>**Deokie and Nizam Hack**<br>**5702 Indian Pointe Drive**<br>**Simi Valley, CA 93063** | **8/28/2009**<br><br>**With copy to:**<br>**Nick Komoroski, Esq.**<br>**Hazelwood & Weber, LLC**<br>**200 North 3rd Street**<br>**St. Charles, MO  63301** |
| **AG/CP Crestwood Retail Owner LLC**<br>**Crestwood Court**<br>**109 Crestwood Plaza**<br>**Saint Louis, MO 63126** | **8/21/2009** |
| **Bass Spencer Account-C/O Smith Lewis,LLP**<br>**Amanda Allen Miller**<br>**111 South Ninth Street, Suite 200**<br>**PO Box 918**<br>**Columbia, MO 65205-0918** | **03/2010** |
| **West County Center**<br>**80 West County Center Drive**<br>**Saint Louis, MO 63131** | **8/10/2009** |
| **US Foodservice- Salem/St.Louis Division**<br>**Shawn Welsh**<br>**10850 Ambassador Blvd.**<br>**Saint Louis, MO 63131** | **8/11/2009** |
| **McKelvey Family Partnership**<br>**Patty McKelvey**<br>**c/o McKelvey Properties**<br>**2010 Bluestone Drive**<br>**Saint Charles, MO 63303** | **10/20/2010** |
| **David O. Kreuter**<br>**Kreuter & Gordon PC**<br>**7751 Clayton Road**<br>**Saint Louis, MO 63105** | **04/2011** |

---

**20. Inventories**

None
☐

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **07/12/11 End of Period 7** | **Restaurant General Managers** | **See Attached Exhibit D to SOFA** |
| **06/14/11 End of Period 6** | **Restaurant General Managers** | **See Attached Exhibit D to SOFA** |

None
☐

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **07/12/11 End of Period 7** | **Chris Tiemann**<br>**940 Hemsath Road**<br>**Saint Charles, MO 63303** |

9

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **06/14/11 End of Period 6** | **Chris Tiemann**<br>**940 Hemsath Road**<br>**Saint Charles, MO 63303** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
☐
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **John H. Whicker**<br>**516 Woodmere Crossing**<br>**Saint Charles, MO 63303** | **Class A Member** | **91.14%** |
| **Esam EL-Qunni**<br>**2390 Canyon Drive**<br>**Saint Charles, MO 63303** | **Class B Member** | **3.90%** |
| **Thomas Boulch**<br>**632 Oregon Trail**<br>**Saint Charles, MO 63304** | **Class B Member** | **2.61%** |
| **David Tinker**<br>**5708 Keller Bend**<br>**Saint Louis, MO 63128** | **Class B Member** | **2.35%** |

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None
☐
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| **David Bemis** | **817 Whitmoor Drive**<br>**Saint Charles, MO 63304** | **Buy outs of partnerships:**<br>**07/28/10 $1,000.00**<br>**08/17/10 $1,000.00**<br>**12/14/10 $1,000.00**<br>**01/03/11 $500.00**<br>**03/09/11 $1,000.00**<br>**04/06/11 $1,000.00**<br>**05/09/11 $2,599.00** |

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **See Attached Report (K)** | | |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **July 21, 2011**              Signature  **/s/ John H. Whicker**

**John H. Whicker**
**Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

## EXHIBIT A TO SOFA

| Name and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|
| American Airlines-Citi Visa | 4/26/2011 | $4,688.92 | |
| American Airlines-Citi Visa | 5/6/2011 | $2,500.00 | |
| American Airlines-Citi Visa | 5/19/2011 | $2,827.74 | |
| American Airlines-Citi Visa | 6/7/2011 | $5,460.87 | |
| American Airlines-Citi Visa | 7/14/2011 | $3,171.52 | |
| AG/CP Crestwood Retail Own | 4/29/2011 | $9,182.14 | |
| AG/CP Crestwood Retail Own | 5/19/2011 | $9,182.14 | |
| AG/CP Crestwood Retail Own | 6/16/2011 | $9,182.14 | |
| AG/CP Crestwood Retail Own | 7/5/2011 | $9,182.14 | |
| Ameren Missouri, box 66301 | 4/21/2011 | $3,079.39 | |
| Ameren Missouri, box 66301 | 4/28/2011 | $2,357.18 | |
| Ameren Missouri, box 66301 | 4/28/2011 | $2,993.71 | |
| Ameren Missouri, box 66301 | 4/28/2011 | $2,209.96 | |
| Ameren Missouri, box 66301 | 5/11/2011 | $3,025.93 | |
| Ameren Missouri, box 66301 | 5/11/2011 | $2,305.19 | |
| Ameren Missouri, box 66301 | 5/19/2011 | $3,607.63 | |
| Ameren Missouri, box 66301 | 5/25/2011 | $3,401.66 | |
| Ameren Missouri, box 66301 | 5/25/2011 | $2,679.46 | |
| Ameren Missouri, box 66301 | 5/25/2011 | $2,299.33 | |
| Ameren Missouri, box 66301 | 6/7/2011 | $5,063.31 | |
| Ameren Missouri, box 66301 | 6/7/2011 | $4,632.05 | |
| Ameren Missouri, box 66301 | 6/16/2011 | $6,615.06 | |
| Ameren Missouri, box 66301 | 6/23/2011 | $6,540.41 | |
| Ameren Missouri, box 66301 | 6/23/2011 | $4,760.60 | |
| Ameren Missouri, box 66301 | 6/23/2011 | $4,531.01 | |
| Ameren Missouri, box 66301 | 7/7/2011 | $6,643.74 | |
| Ameren Missouri, box 66301 | 7/7/2011 | $5,517.05 | |
| Ameren Missouri, box 66301 | 7/14/2011 | $7,196.14 | |
| Ameren Missouri, box 66301 | 7/20/2011 | $4,998.80 | |
| Ameren Missouri, box 66301 | 7/20/2011 | $7,305.51 | |
| Ameren Missouri, box 66529 | 4/21/2011 | $2,949.93 | |
| Ameren Missouri, box 66529 | 4/21/2011 | $76.66 | |
| Ameren Missouri, box 66529 | 4/28/2011 | $158.01 | |
| Ameren Missouri, box 66529 | 5/19/2011 | $2,891.45 | |
| Ameren Missouri, box 66529 | 5/19/2011 | $76.38 | |
| Ameren Missouri, box 66529 | 6/2/2011 | $173.96 | |
| Ameren Missouri, box 66529 | 6/16/2011 | $2,200.44 | |
| Ameren Missouri, box 66529 | 6/30/2011 | $303.64 | |
| Ameren Missouri, box 66529 | 7/14/2011 | $2,135.99 | |
| American Express | 5/5/2011 | $1,775.09 | |
| American Express | 5/5/2011 | $237.56 | |
| American Express | 5/5/2011 | $11.00 | |
| American Express | 5/5/2011 | $374.11 | |
| American Express | 5/5/2011 | $1.24 | |
| American Express | 5/5/2011 | $333.57 | |
| American Express | 5/5/2011 | $11.16 | |
| American Express | 5/5/2011 | $282.48 | |
| American Express | 5/5/2011 | $2.70 | |

| | | | |
|---|---|---|---|
| American Express | 5/5/2011 | $152.49 | |
| American Express | 5/5/2011 | $1.22 | |
| American Express | 5/5/2011 | $116.55 | |
| American Express | 5/5/2011 | $292.08 | |
| American Express | 5/5/2011 | $332.58 | |
| American Express | 5/5/2011 | $4.52 | |
| American Express | 5/5/2011 | $1.76 | |
| American Express | 6/6/2011 | $350.31 | |
| American Express | 6/6/2011 | $13.96 | |
| American Express | 6/6/2011 | $529.40 | |
| American Express | 6/6/2011 | $6.25 | |
| American Express | 6/6/2011 | $348.04 | |
| American Express | 6/6/2011 | $5.57 | |
| American Express | 6/6/2011 | $371.32 | |
| American Express | 6/6/2011 | $2.99 | |
| American Express | 6/6/2011 | $1,782.27 | |
| American Express | 6/6/2011 | $114.03 | |
| American Express | 6/6/2011 | $183.34 | |
| American Express | 6/6/2011 | $1.51 | |
| American Express | 6/6/2011 | $342.81 | |
| American Express | 6/6/2011 | $1.23 | |
| American Express | 6/6/2011 | $335.87 | |
| American Express | 6/6/2011 | $2.80 | |
| American Express | 7/5/2011 | $283.93 | |
| American Express | 7/5/2011 | $10.97 | |
| American Express | 7/5/2011 | $362.60 | |
| American Express | 7/5/2011 | $339.53 | |
| American Express | 7/5/2011 | $13.54 | |
| American Express | 7/5/2011 | $356.85 | |
| American Express | 7/5/2011 | $1.00 | |
| American Express | 7/5/2011 | $172.08 | |
| American Express | 7/5/2011 | $1,335.21 | |
| American Express | 7/5/2011 | $82.16 | |
| American Express | 7/5/2011 | $286.78 | |
| American Express | 7/5/2011 | $0.14 | |
| American Express | 7/5/2011 | $262.38 | |
| American Express | 7/5/2011 | $0.83 | |
| Anthem Blue Cross Blue Shield | 5/3/2011 | $8,339.23 | |
| Anthem Blue Cross Blue Shield | 6/2/2011 | $9,074.31 | |
| Anthem Blue Cross Blue Shield | 7/5/2011 | $8,723.23 | |
| Aramark | 4/29/2011 | $2,112.75 | |
| Aramark | 5/6/2011 | $2,653.01 | |
| Aramark | 5/11/2011 | $3,063.63 | |
| Aramark | 5/27/2011 | $146.50 | |
| Aramark | 6/3/2011 | $367.39 | |
| Aramark | 6/9/2011 | $220.25 | |
| Aramark | 6/16/2011 | $1,137.02 | |
| Aramark | 6/23/2011 | $663.92 | |
| Aramark | 7/5/2011 | $2,002.24 | |
| ARGO Group Insurance | 4/28/2011 | $6,835.09 | |
| ARGO Group Insurance | 5/27/2011 | $6,834.54 | |
| ARGO Group Insurance | 6/30/2011 | $6,834.54 | |

| | | | |
|---|---|---|---|
| Bass Spencer Account | 5/6/2011 | $8,200.00 | |
| Birthdays Direct | 4/29/2011 | $2,422.20 | |
| Birthdays Direct | 5/6/2011 | $3,091.38 | |
| Birthdays Direct | 5/19/2011 | $583.05 | |
| Birthdays Direct | 6/3/2011 | $1,164.60 | |
| Birthdays Direct | 7/5/2011 | $562.17 | |
| Capitol South Inc. | 5/6/2011 | $12,272.03 | |
| Capitol South Inc. | 6/3/2011 | $9,830.45 | |
| Capitol South Inc. | 6/16/2011 | $10,775.45 | |
| Capitol South Inc. | 7/5/2011 | $13,915.77 | |
| Capital One MasterCard | 5/19/2011 | $5,000.00 | |
| Capital One MasterCard | 6/9/2011 | $3,895.24 | |
| Capital One MasterCard | 6/9/2011 | $6,718.36 | |
| Capital One MasterCard | 7/14/2011 | $3,707.55 | |
| City of Columbia utilities | 5/19/2011 | $5,576.11 | |
| City of Columbia utilities | 6/16/2011 | $5,648.81 | |
| City of Columbia utilities | 7/14/2011 | $7,303.71 | |
| City of St. Charles collections | 4/29/2011 | $1,994.42 | |
| City of St. Charles collections | 5/19/2011 | $1,805.98 | |
| City of St. Charles collections | 6/20/2011 | $2,223.00 | |
| Clear Channel Broadcasting | 4/26/2011 | $1,063.00 | |
| Clear Channel Broadcasting | 4/28/2011 | $3,000.50 | |
| Clear Channel Broadcasting | 5/27/2011 | $2,960.50 | |
| Crown Excel  / IESI - Missouri | 4/21/2011 | $1,433.65 | |
| Crown Excel  / IESI - Missouri | 5/25/2011 | $1,565.98 | |
| Crown Excel  / IESI - Missouri | 6/7/2011 | $336.68 | |
| Crown Excel  / IESI - Missouri | 6/16/2011 | $1,753.98 | |
| Crown Excel  / IESI - Missouri | 7/7/2011 | $1,595.04 | |
| Dave Tinker | 5/9/2011 | $1,507.40 | |
| Dave Tinker | 5/9/2011 | $1,005.60 | |
| Dave Tinker | 5/9/2011 | $885.00 | |
| Dave Tinker | 5/20/2011 | $1,507.40 | |
| Dave Tinker | 5/20/2011 | $1,005.60 | |
| Dave Tinker | 5/20/2011 | $885.00 | |
| Dave Tinker | 6/2/2011 | $1,507.40 | |
| Dave Tinker | 6/2/2011 | $1,005.60 | |
| Dave Tinker | 6/2/2011 | $885.00 | |
| Dave Tinker | 6/15/2011 | $1,507.40 | |
| Dave Tinker | 6/15/2011 | $1,005.60 | |
| Dave Tinker | 6/15/2011 | $885.00 | |
| Dave Tinker | 6/29/2011 | $1,507.40 | |
| Dave Tinker | 6/29/2011 | $1,005.60 | |
| Dave Tinker | 6/29/2011 | $885.00 | |
| Eclectic Elegance | 4/29/2011 | $2,005.00 | |
| Eclectic Elegance | 5/6/2011 | $2,745.00 | |
| Eclectic Elegance | 6/3/2011 | $2,095.00 | |
| Eclectic Elegance | 6/23/2011 | $2,630.00 | |
| Eclectic Elegance | 7/18/2011 | $2,335.00 | |
| Ecolab Institutional | 5/6/2011 | $2,323.35 | |
| Ecolab Institutional | 5/19/2011 | $714.37 | |
| Ecolab Institutional | 5/27/2011 | $864.94 | |
| Ecolab Institutional | 6/3/2011 | $1,104.89 | |

| | | | |
|---|---|---|---|
| Ecolab Institutional | 6/9/2011 | $243.95 | |
| Ecolab Institutional | 6/16/2011 | $1,758.23 | |
| Ecolab Institutional | 6/23/2011 | $953.78 | |
| Ecolab Institutional | 7/5/2011 | $1,389.01 | |
| Ecolab Pest Elimination | 4/29/2011 | $2,234.93 | |
| Ecolab Pest Elimination | 5/6/2011 | $1,786.01 | |
| Ecolab Pest Elimination | 5/19/2011 | $871.44 | |
| Ecolab Pest Elimination | 6/3/2011 | $612.05 | |
| Ecolab Pest Elimination | 6/23/2011 | $1,676.69 | |
| Ecolab Pest Elimination | 7/5/2011 | $882.06 | |
| Edward Don & Company | 4/29/2011 | $9,780.81 | |
| Edward Don & Company | 5/6/2011 | $9,544.14 | |
| Edward Don & Company | 5/11/2011 | $9,620.23 | |
| Edward Don & Company | 5/18/2011 | $9,249.22 | |
| Edward Don & Company | 5/19/2011 | $8,977.25 | |
| Edward Don & Company | 5/27/2011 | $5,824.00 | |
| Edward Don & Company | 6/2/2011 | $9,216.39 | |
| Edward Don & Company | 6/7/2011 | $9,985.61 | |
| Edward Don & Company | 6/16/2011 | $9,163.52 | |
| Edward Don & Company | 6/23/2011 | $9,078.01 | |
| Edward Don & Company | 6/30/2011 | $9,379.79 | |
| Edward Don & Company | 7/7/2011 | $9,744.76 | |
| Edward Don & Company | 7/18/2011 | $8,622.47 | |
| Enterprise Bank | 4/21/2011 | $775.00 | |
| Enterprise Bank | 4/22/2011 | $375.00 | |
| Enterprise Bank | 4/25/2011 | $275.00 | |
| Enterprise Bank | 5/3/2011 | $275.00 | |
| Enterprise Bank | 5/6/2011 | $375.00 | |
| Enterprise Bank | 5/9/2011 | $350.00 | |
| Enterprise Bank | 5/13/2011 | $850.00 | |
| Enterprise Bank | 5/14/2011 | $725.00 | |
| Enterprise Bank | 5/17/2011 | $650.00 | |
| Enterprise Bank | 4/21/2011 | $400.00 | |
| Enterprise Bank | 4/22/2011 | $500.00 | |
| Enterprise Bank | 4/25/2011 | $525.00 | |
| Enterprise Bank | 5/6/2011 | $25.00 | |
| Enterprise Bank | 5/9/2011 | $25.00 | |
| Enterprise Bank | 5/17/2011 | $25.00 | |
| Enterprise Bank | 5/11/2011 | $1,792.58 | |
| Enterprise Bank | 5/26/2011 | $50.00 | |
| Enterprise Bank | 5/24/2011 | $75.00 | |
| Enterprise Bank | 5/18/2011 | $500.00 | |
| Enterprise Bank | 6/9/2011 | $25.00 | |
| Enterprise Bank | 6/13/2011 | $1,882.38 | |
| Enterprise Bank | 6/10/2011 | $100.00 | |
| Enterprise Bank | 7/5/2011 | $25.00 | |
| Enterprise Bank | 7/11/2011 | $1,773.55 | |
| Enterprise Bank | 5/9/2011 | $1,145.83 | |
| Enterprise Bank | 6/7/2011 | $1,184.03 | |
| Enterprise Bank | 7/7/2011 | $1,145.84 | |
| Esam El-Qunni | 5/9/2011 | $1,757.20 | |
| Esam El-Qunni | 5/9/2011 | $1,170.80 | |

| | | | |
|---|---|---|---|
| Esam El-Qunni | 5/9/2011 | $433.00 | |
| Esam El-Qunni | 5/20/2011 | $1,757.20 | |
| Esam El-Qunni | 5/20/2011 | $1,170.80 | |
| Esam El-Qunni | 5/20/2011 | $433.00 | |
| Esam El-Qunni | 6/2/2011 | $1,757.20 | |
| Esam El-Qunni | 6/2/2011 | $1,170.80 | |
| Esam El-Qunni | 6/2/2011 | $433.00 | |
| Esam El-Qunni | 6/15/2011 | $1,757.20 | |
| Esam El-Qunni | 6/15/2011 | $1,170.80 | |
| Esam El-Qunni | 6/15/2011 | $433.00 | |
| Esam El-Qunni | 6/29/2011 | $1,757.20 | |
| Esam El-Qunni | 6/29/2011 | $1,170.80 | |
| Esam El-Qunni | 6/29/2011 | $433.00 | |
| Fabulous Fish | 4/29/2011 | $1,481.49 | |
| Fabulous Fish | 5/6/2011 | $3,703.18 | |
| Fabulous Fish | 5/19/2011 | $377.57 | |
| Fabulous Fish | 6/3/2011 | $191.15 | |
| Fabulous Fish | 6/16/2011 | $86.48 | |
| Fabulous Fish | 6/23/2011 | $176.44 | |
| Fabulous Fish | 7/5/2011 | $96.04 | |
| FLN Land Company | 4/28/2011 | $11,000.00 | |
| FLN Land Company | 5/31/2011 | $11,000.00 | |
| FLN Land Company | 6/28/2011 | $11,000.00 | |
| Floyd Wright | 5/17/2011 | $333.00 | |
| Floyd Wright | 6/2/2011 | $10,000.00 | |
| Floyd Wright | 6/17/2011 | $250.00 | |
| Floyd Wright | 6/21/2011 | $10,000.00 | |
| Floyd Wright | 7/19/2011 | $20,000.00 | |
| GE Capital Solutions | 5/2/2011 | $16,227.93 | |
| GE Capital Solutions | 5/3/2011 | $18,419.81 | |
| GE Capital Solutions | 5/18/2011 | $12,952.73 | |
| Glazer's Midwest St. Louis | 4/21/2011 | $3,386.61 | |
| Glazer's Midwest St. Louis | 5/6/2011 | $4,899.74 | |
| Glazer's Midwest St. Louis | 5/19/2011 | $7,824.69 | |
| Glazer's Midwest St. Louis | 5/27/2011 | $8,771.32 | |
| Glazer's Midwest St. Louis | 6/9/2011 | $1,871.11 | |
| Glazer's Midwest St. Louis | 6/27/2011 | $4,694.29 | |
| Glazer's Midwest St. Louis | 7/7/2011 | $2,320.87 | |
| Glazer's Midwest St. Louis | 7/14/2011 | $4,711.61 | |
| Glazer's Midwest St. Louis | 7/20/2011 | $3,635.41 | |
| Grey Eagle Distributors | 4/21/2011 | $1,177.95 | |
| Grey Eagle Distributors | 5/6/2011 | $2,298.80 | |
| Grey Eagle Distributors | 5/27/2011 | $2,544.95 | |
| Grey Eagle Distributors | 6/9/2011 | $767.55 | |
| Grey Eagle Distributors | 6/27/2011 | $1,722.95 | |
| Grey Eagle Distributors | 7/7/2011 | $1,830.00 | |
| Grey Eagle Distributors | 7/20/2011 | $1,543.45 | |
| IL Dept of Revenue-withholding | 5/4/2011 | $1,544.88 | |
| IL Dept of Revenue-withholding | 5/18/2011 | $1,486.49 | |
| IL Dept of Revenue-withholding | 6/2/2011 | $1,724.50 | |
| IL Dept of Revenue-withholding | 6/15/2011 | $1,580.25 | |
| IL Dept of Revenue-withholding | 6/29/2011 | $1,602.39 | |

| | | | |
|---|---|---|---|
| IL Dept of Revenue-withholding | 7/13/2011 | $1,668.28 | |
| IL Dept of Revenue-sales tax | 5/20/2011 | $12,665.00 | |
| IL Dept of Revenue-sales tax | 6/20/2011 | $13,581.00 | |
| IRS-federal withholding tax | 6/29/2011 | $50,505.13 | |
| IRS-federal withholding tax | 7/13/2011 | $52,292.97 | |
| IRS-Fed Unemployment tax | 5/2/2011 | $17,001.41 | |
| John Whicker | 4/27/2011 | $3,400.00 | |
| John Whicker | 5/6/2011 | $5,379.00 | |
| John Whicker | 5/27/2011 | $9,904.60 | |
| John Whicker | 5/2/2011 | $2,500.00 | |
| John Whicker | 5/31/2011 | $2,500.00 | |
| John Whicker | 5/23/2011 | $3,400.00 | |
| John Whicker | 5/6/2011 | $3,400.00 | |
| John Whicker | 6/3/2011 | $4,812.50 | |
| John Whicker | 6/9/2011 | $5,754.96 | |
| John Whicker | 6/16/2011 | $5,187.57 | |
| John Whicker | 7/5/2011 | $8,621.66 | |
| John Whicker | 6/2/2011 | $3,400.00 | |
| John Whicker | 6/15/2011 | $3,400.00 | |
| John Whicker | 6/20/2011 | $5,000.00 | |
| John Whicker | 6/30/2011 | $2,500.00 | |
| John Whicker | 6/29/2011 | $3,400.00 | |
| John Whicker | 7/18/2011 | $11,824.40 | |
| John Whicker | 7/19/2011 | $863.36 | |
| K&N Land Company | 5/6/2011 | $5,480.00 | |
| K&N Land Company | 5/27/2011 | $5,478.92 | |
| Krey Distributing Co. | 4/21/2011 | $791.92 | |
| Krey Distributing Co. | 5/6/2011 | $1,354.34 | |
| Krey Distributing Co. | 5/27/2011 | $5,815.52 | |
| Krey Distributing Co. | 6/9/2011 | $813.05 | |
| Krey Distributing Co. | 6/27/2011 | $1,321.60 | |
| Krey Distributing Co. | 7/7/2011 | $1,463.40 | |
| Krey Distributing Co. | 7/20/2011 | $819.50 | |
| Laclede Gas Co. | 4/21/2011 | $1,226.41 | |
| Laclede Gas Co. | 4/28/2011 | $2,045.19 | |
| Laclede Gas Co. | 5/6/2011 | $1,823.89 | |
| Laclede Gas Co. | 5/18/2011 | $1,935.60 | |
| Laclede Gas Co. | 5/18/2011 | $1,785.34 | |
| Laclede Gas Co. | 5/18/2011 | $1,866.10 | |
| Laclede Gas Co. | 5/19/2011 | $1,649.28 | |
| Laclede Gas Co. | 6/2/2011 | $1,758.06 | |
| Laclede Gas Co. | 6/2/2011 | $1,553.92 | |
| Laclede Gas Co. | 6/7/2011 | $1,498.51 | |
| Laclede Gas Co. | 6/7/2011 | $1,585.22 | |
| Laclede Gas Co. | 6/16/2011 | $1,820.01 | |
| Laclede Gas Co. | 6/16/2011 | $1,584.00 | |
| Laclede Gas Co. | 6/30/2011 | $1,485.53 | |
| Laclede Gas Co. | 6/30/2011 | $1,448.53 | |
| Laclede Gas Co. | 7/14/2011 | $1,396.21 | |
| Laclede Gas Co. | 7/14/2011 | $1,383.15 | |
| Laclede Gas Co. | 7/14/2011 | $1,873.88 | |
| Laclede Gas Co. | 7/18/2011 | $1,682.99 | |

| | | | |
|---|---|---|---|
| Major Brands-St. Louis | 4/21/2011 | $5,862.10 | |
| Major Brands-St. Louis | 4/27/2011 | $262.54 | |
| Major Brands-St. Louis | 5/6/2011 | $6,737.64 | |
| Major Brands-St. Louis | 5/27/2011 | $5,434.49 | |
| Major Brands-St. Louis | 6/9/2011 | $2,728.32 | |
| Major Brands-St. Louis | 6/27/2011 | $3,166.57 | |
| Major Brands-St. Louis | 7/7/2011 | $4,026.20 | |
| Major Brands-St. Louis | 7/20/2011 | $2,909.67 | |
| McKelvey Family Partnership | 5/11/2011 | $10,000.00 | |
| McKelvey Family Partnership | 6/15/2011 | $10,000.00 | |
| McKelvey Family Partnership | 7/13/2011 | $10,000.00 | |
| MidAmerican Energy Co. | 5/6/2011 | $3,716.53 | |
| MidAmerican Energy Co. | 6/2/2011 | $3,932.42 | |
| MidAmerican Energy Co. | 7/7/2011 | $4,401.97 | |
| Midwest Repair Service | 4/29/2011 | $3,543.27 | |
| Midwest Repair Service | 5/6/2011 | $3,902.89 | |
| Midwest Repair Service | 5/19/2011 | $1,644.77 | |
| Midwest Repair Service | 5/27/2011 | $4,205.08 | |
| Midwest Repair Service | 6/3/2011 | $3,866.23 | |
| Midwest Repair Service | 6/16/2011 | $5,879.16 | |
| Midwest Repair Service | 7/5/2011 | $6,143.69 | |
| Midwest Repair Service | 7/18/2011 | $711.00 | |
| MO Dept of Rev-withholding tax | 5/4/2011 | $3,886.60 | |
| MO Dept of Rev-withholding tax | 5/18/2011 | $3,559.60 | |
| MO Dept of Rev-withholding tax | 6/6/2011 | $4,476.60 | |
| MO Dept of Rev-withholding tax | 6/30/2011 | $3,576.60 | |
| MO Dept of Rev-withholding tax | 6/27/2011 | $3,570.60 | |
| MO Dept of Rev-withholding tax | 7/12/2011 | $3,830.60 | |
| MO Dept of Rev-sales tax | 5/2/2011 | $91,130.93 | |
| MO Dept of Rev-sales tax | 4/27/2011 | $8,005.44 | |
| MO Dept of Rev-sales tax | 5/24/2011 | $2,187.15 | |
| MO Dept of Rev-sales tax | 6/20/2011 | $98,148.63 | |
| MO Dept of Rev-sales tax | 7/7/2011 | $2,362.15 | |
| MO Employment Security | 4/29/2011 | $9,146.64 | |
| Mueller Prost PC | 6/3/2011 | $4,687.50 | |
| Mueller Prost PC | 6/7/2011 | $4,687.50 | |
| MTJW Properties | 5/6/2011 | $3,500.00 | |
| MTJW Properties | 6/6/2011 | $3,500.00 | |
| MTJW Properties | 7/6/2011 | $3,500.00 | |
| MTJW Properties | 7/12/2011 | $3,500.00 | |
| Northwestern Mutual | 4/28/2011 | $3,075.45 | |
| Northwestern Mutual | 5/27/2011 | $3,075.45 | |
| Northwestern Mutual | 6/3/2011 | $3,075.45 | |
| Northwestern Mutual | 6/16/2011 | $3,075.45 | |
| Otis & Clark Properties | 4/29/2011 | $1,290.00 | |
| Otis & Clark Properties | 5/6/2011 | $9,642.61 | |
| Otis & Clark Properties | 6/16/2011 | $9,642.61 | |
| Otis & Clark Properties | 7/5/2011 | $9,642.61 | |
| Pepsi-Cola | 4/21/2011 | $4,596.74 | |
| Pepsi-Cola | 4/28/2011 | $3,814.33 | |
| Pepsi-Cola | 5/6/2011 | $3,617.15 | |
| Pepsi-Cola | 5/11/2011 | $4,814.01 | |

| | | | |
|---|---|---|---|
| Pepsi-Cola | 5/18/2011 | $2,756.06 | |
| Pepsi-Cola | 5/19/2011 | $6,881.87 | |
| Pepsi-Cola | 5/27/2011 | $1,782.38 | |
| Pepsi-Cola | 6/2/2011 | $2,826.83 | |
| Pepsi-Cola | 6/7/2011 | $4,008.86 | |
| Pepsi-Cola | 6/16/2011 | $3,204.19 | |
| Pepsi-Cola | 6/23/2011 | $2,827.13 | |
| Pepsi-Cola | 6/30/2011 | $3,062.28 | |
| Pepsi-Cola | 7/7/2011 | $4,637.60 | |
| Pepsi-Cola | 7/14/2011 | $3,779.23 | |
| Pepsi-Cola | 7/18/2011 | $3,842.66 | |
| RBS WorldPay-pd in April | 4/30/2011 | $19,921.20 | |
| RBS WorldPay-pd in May | 5/31/2011 | $23,549.25 | |
| RBS WorldPay-pd in June | 6/30/2011 | $20,000.00 | |
| Real Mex Restaurants-mktg | 6/23/2011 | $15,059.52 | |
| Real Mex Restaurants-royalties | 5/11/2011 | $22,255.00 | |
| Rewards Network | 4/27/2011 | $5,509.28 | |
| Rewards Network | 5/4/2011 | $4,666.56 | |
| Rewards Network | 5/11/2011 | $9,051.89 | |
| Rewards Network | 5/18/2011 | $7,228.80 | |
| Rewards Network | 5/25/2011 | $6,823.45 | |
| Rewards Network | 6/1/2011 | $6,228.80 | |
| Rewards Network | 6/8/2011 | $7,580.09 | |
| Rewards Network | 6/15/2011 | $10,329.47 | |
| Rewards Network | 6/22/2011 | $9,992.97 | |
| Rewards Network | 6/29/2011 | $10,125.29 | |
| Rewards Network | 7/6/2011 | $11,198.15 | |
| Rewards Network | 7/13/2011 | $9,805.32 | |
| Rewards Network | 7/20/2011 | $9,166.87 | |
| Rick Short | 5/6/2011 | $50,000.00 | |
| Stancorp Mortgage/Hack Trust | 5/2/2011 | $2,000.00 | |
| Stancorp Mortgage/Hack Trust | 5/2/2011 | $8,000.00 | |
| Stancorp Mortgage/Hack Trust | 5/3/2011 | $2,000.00 | |
| Stancorp Mortgage/Hack Trust | 5/10/2011 | $10,000.00 | |
| Stancorp Mortgage/Hack Trust | 5/17/2011 | $8,000.00 | |
| Stancorp Mortgage/Hack Trust | 6/6/2011 | $13,000.00 | |
| Stancorp Mortgage/Hack Trust | 6/14/2011 | $10,000.00 | |
| Stancorp Mortgage/Hack Trust | 6/21/2011 | $7,000.00 | |
| Stancorp Mortgage/Hack Trust | 7/7/2011 | $12,000.00 | |
| Stancorp Mortgage/Hack Trust | 7/12/2011 | $11,500.00 | |
| St. Charles County-RE Tax | 7/13/2011 | $22,855.24 | |
| St. Louis Mills Limited Partner | 4/28/2011 | $17,370.64 | |
| St. Louis Mills Limited Partner | 4/28/2011 | $17,370.64 | |
| Summit Distributing | 4/21/2011 | $3,091.70 | |
| Summit Distributing | 5/6/2011 | $2,910.50 | |
| Summit Distributing | 5/27/2011 | $6,437.74 | |
| Summit Distributing | 6/9/2011 | $1,698.10 | |
| Summit Distributing | 6/27/2011 | $3,276.60 | |
| Summit Distributing | 7/7/2011 | $3,743.60 | |
| Summit Distributing | 7/20/2011 | $2,243.10 | |
| Tom Boulch | 5/9/2011 | $1,636.60 | |
| Tom Boulch | 5/9/2011 | $1,090.40 | |

| | | | |
|---|---|---|---|
| Tom Boulch | 5/9/2011 | $521.00 | |
| Tom Boulch | 5/20/2011 | $1,636.60 | |
| Tom Boulch | 5/20/2011 | $1,090.40 | |
| Tom Boulch | 5/20/2011 | $521.00 | |
| Tom Boulch | 6/2/2011 | $1,636.60 | |
| Tom Boulch | 6/2/2011 | $1,090.40 | |
| Tom Boulch | 6/2/2011 | $521.00 | |
| Tom Boulch | 6/15/2011 | $1,636.60 | |
| Tom Boulch | 6/15/2011 | $1,090.40 | |
| Tom Boulch | 6/15/2011 | $521.00 | |
| Tom Boulch | 6/29/2011 | $1,636.60 | |
| Tom Boulch | 6/29/2011 | $1,090.40 | |
| Tom Boulch | 6/29/2011 | $521.00 | |
| US Foodservice | 4/21/2011 | $14,074.00 | |
| US Foodservice | 4/22/2011 | $50.60 | |
| US Foodservice | 4/26/2011 | $43,833.41 | |
| US Foodservice | 4/27/2011 | $25,716.56 | |
| US Foodservice | 4/28/2011 | $13,917.39 | |
| US Foodservice | 4/29/2011 | $51.78 | |
| US Foodservice | 5/3/2011 | $47,413.56 | |
| US Foodservice | 5/4/2011 | $27,319.36 | |
| US Foodservice | 5/5/2011 | $14,374.68 | |
| US Foodservice | 5/6/2011 | $541.37 | |
| US Foodservice | 5/10/2011 | $46,945.31 | |
| US Foodservice | 5/11/2011 | $29,336.00 | |
| US Foodservice | 5/12/2011 | $15,350.23 | |
| US Foodservice | 5/13/2011 | $256.98 | |
| US Foodservice | 5/17/2011 | $38,513.62 | |
| US Foodservice | 5/18/2011 | $25,948.45 | |
| US Foodservice | 5/19/2011 | $15,865.65 | |
| US Foodservice | 5/20/2011 | $324.99 | |
| US Foodservice | 5/24/2011 | $65,057.89 | |
| US Foodservice | 5/25/2011 | $32,620.63 | |
| US Foodservice | 5/26/2011 | $16,219.19 | |
| US Foodservice | 5/27/2011 | $1,178.98 | |
| US Foodservice | 6/1/2011 | $57,032.56 | |
| US Foodservice | 6/2/2011 | $22,848.85 | |
| US Foodservice | 6/3/2011 | $195.81 | |
| US Foodservice | 6/7/2011 | $43,092.60 | |
| US Foodservice | 6/8/2011 | $26,351.17 | |
| US Foodservice | 6/9/2011 | $14,963.82 | |
| US Foodservice | 6/10/2011 | $49.23 | |
| US Foodservice | 6/14/2011 | $48,877.36 | |
| US Foodservice | 6/15/2011 | $12,711.07 | |
| US Foodservice | 6/16/2011 | $14,586.97 | |
| US Foodservice | 6/21/2011 | $43,287.89 | |
| US Foodservice | 6/22/2011 | $13,665.08 | |
| US Foodservice | 6/23/2011 | $12,560.72 | |
| US Foodservice | 6/24/2011 | $391.63 | |
| US Foodservice | 6/28/2011 | $43,924.87 | |
| US Foodservice | 6/29/2011 | $13,570.35 | |
| US Foodservice | 6/30/2011 | $11,782.78 | |

| | | | |
|---|---|---|---|
| US Foodservice | 7/1/2011 | $290.08 | |
| US Foodservice | 7/6/2011 | $61,432.23 | |
| US Foodservice | 7/7/2011 | $12,919.62 | |
| US Foodservice | 7/12/2011 | $48,668.00 | |
| US Foodservice | 7/13/2011 | $11,524.95 | |
| US Foodservice | 7/14/2011 | $13,510.71 | |
| US Foodservice | 7/19/2011 | $53,271.30 | |
| West County Shoppingtown | 4/26/2011 | $5,000.00 | |
| West County Shoppingtown | 5/3/2011 | $2,500.00 | |
| West County Shoppingtown | 5/11/2011 | $2,500.00 | |
| West County Shoppingtown | 5/20/2011 | $2,500.00 | |
| West County Shoppingtown | 5/31/2011 | $2,500.00 | |
| West County Shoppingtown | 6/2/2011 | $2,500.00 | |
| West County Shoppingtown | 6/16/2011 | $5,000.00 | |
| West County Shoppingtown | 6/22/2011 | $2,500.00 | |
| West County Shoppingtown | 6/28/2011 | $2,500.00 | |
| West County Shoppingtown | 7/7/2011 | $2,500.00 | |
| WTZ Land Company | 4/27/2011 | $3,348.00 | |
| WTZ Land Company | 5/31/2011 | $3,240.00 | |
| WTZ Land Company | 6/3/2011 | $3,348.00 | |
| WTZ Land Company | 6/21/2011 | $3,348.00 | |
| Zurich Insurance Company | 4/28/2011 | $5,058.41 | |
| Zurich Insurance Company | 5/27/2011 | $5,058.41 | |
| Zurich Insurance Company | 6/23/2011 | $5,058.41 | |
| Zurich Insurance Company | 6/23/2011 | $955.25 | |
| Zurich Insurance Company | 7/18/2011 | $961.25 | |
| Zurich Insurance Company | 7/18/2011 | $5,058.41 | |

# EXHIBIT B TO SOFA

| Name and Address of Creditor | Relationship to Debtor | Date of Payment | Amount Paid |
|---|---|---|---|
| Eclectic Elegance | Kelly Whicker/wife of John Whicker | 8/9/2010 | $2,040.00 |
| Eclectic Elegance | Kelly Whicker/wife of John Whicker | 10/13/2010 | $2,410.00 |
| Eclectic Elegance | Kelly Whicker/wife of John Whicker | 11/11/2010 | $2,925.00 |
| Eclectic Elegance | Kelly Whicker/wife of John Whicker | 1/3/2011 | $5,619.00 |
| Eclectic Elegance | Kelly Whicker/wife of John Whicker | 1/7/2011 | $3,238.00 |
| Eclectic Elegance | Kelly Whicker/wife of John Whicker | 2/15/2011 | $2,930.00 |
| Eclectic Elegance | Kelly Whicker/wife of John Whicker | 4/6/2011 | $2,755.00 |
| Eclectic Elegance | Kelly Whicker/wife of John Whicker | 4/29/2011 | $2,005.00 |
| Eclectic Elegance | Kelly Whicker/wife of John Whicker | 5/6/2011 | $2,745.00 |
| Eclectic Elegance | Kelly Whicker/wife of John Whicker | 6/3/2011 | $2,095.00 |
| Eclectic Elegance | Kelly Whicker/wife of John Whicker | 6/23/2011 | $2,630.00 |
| Eclectic Elegance | Kelly Whicker/wife of John Whicker | 7/18/2011 | $2,335.00 |
| | | | |
| FLN Land Company | John Whicker/partner | 7/28/2010 | $18,000.00 |
| FLN Land Company | John Whicker/partner | 8/16/2010 | $18,000.00 |
| FLN Land Company | John Whicker/partner | 8/23/2010 | $5,000.00 |
| FLN Land Company | John Whicker/partner | 8/31/2010 | $11,000.00 |
| FLN Land Company | John Whicker/partner | 9/28/2010 | $11,000.00 |
| FLN Land Company | John Whicker/partner | 10/28/2010 | $11,000.00 |
| FLN Land Company | John Whicker/partner | 11/29/2010 | $11,000.00 |
| FLN Land Company | John Whicker/partner | 12/28/2010 | $11,000.00 |
| FLN Land Company | John Whicker/partner | 1/28/2011 | $11,000.00 |
| FLN Land Company | John Whicker/partner | 2/28/2011 | $11,000.00 |
| FLN Land Company | John Whicker/partner | 3/28/2011 | $11,000.00 |
| FLN Land Company | John Whicker/partner | 4/28/2011 | $11,000.00 |
| FLN Land Company | John Whicker/partner | 5/31/2011 | $11,000.00 |
| FLN Land Company | John Whicker/partner | 6/28/2011 | $11,000.00 |
| | | | |
| K&N Land Company | John Whicker/partner | 8/17/2010 | $11,900.00 |
| K&N Land Company | John Whicker/partner | 8/30/2010 | $11,958.92 |
| K&N Land Company | John Whicker/partner | 9/28/2010 | $11,958.92 |
| K&N Land Company | John Whicker/partner | 10/28/2010 | $11,958.92 |
| K&N Land Company | John Whicker/partner | 4/13/2011 | $1,000.00 |
| K&N Land Company | John Whicker/partner | 5/6/2011 | $5,480.00 |
| K&N Land Company | John Whicker/partner | 5/27/2011 | $5,478.92 |
| | | | |
| MTJW Properties | John Whicker/owner | 7/29/2010 | $3,500.00 |
| MTJW Properties | John Whicker/owner | 8/6/2010 | $3,500.00 |
| MTJW Properties | John Whicker/owner | 10/6/2010 | $3,500.00 |
| MTJW Properties | John Whicker/owner | 11/8/2010 | $3,500.00 |
| MTJW Properties | John Whicker/owner | 12/6/2010 | $3,500.00 |
| MTJW Properties | John Whicker/owner | 1/6/2011 | $3,500.00 |
| MTJW Properties | John Whicker/owner | 2/7/2011 | $3,500.00 |
| MTJW Properties | John Whicker/owner | 3/7/2011 | $3,500.00 |
| MTJW Properties | John Whicker/owner | 4/6/2011 | $3,500.00 |
| MTJW Properties | John Whicker/owner | 5/6/2011 | $3,500.00 |
| MTJW Properties | John Whicker/owner | 6/6/2011 | $3,500.00 |
| MTJW Properties | John Whicker/owner | 7/6/2011 | $3,500.00 |

| MTJW Properties | John Whicker/owner | 7/12/2011 | $3,500.00 |
|---|---|---|---|
| | | | |
| WTZ Land Company | John Whicker/partner | 7/27/2010 | $7,320.00 |
| WTZ Land Company | John Whicker/partner | 8/6/2010 | $3,720.00 |
| WTZ Land Company | John Whicker/partner | 11/15/2010 | $3,600.00 |
| WTZ Land Company | John Whicker/partner | 11/18/2010 | $3,720.00 |
| WTZ Land Company | John Whicker/partner | 12/29/2010 | $4,100.00 |
| WTZ Land Company | John Whicker/partner | 2/14/2011 | $3,528.00 |
| WTZ Land Company | John Whicker/partner | 3/8/2011 | $7,051.50 |
| WTZ Land Company | John Whicker/partner | 4/1/2011 | $3,024.00 |
| WTZ Land Company | John Whicker/partner | 4/27/2011 | $3,348.00 |
| WTZ Land Company | John Whicker/partner | 5/31/2011 | $3,240.00 |
| WTZ Land Company | John Whicker/partner | 6/3/2011 | $3,348.00 |
| WTZ Land Company | John Whicker/partner | 6/21/2011 | $3,348.00 |

## EXHIBIT C TO SOFA

| Name | Address | Nature of Business | Beginning & Ending Dates |
|------|---------|--------------------|--------------------------|
| T & J Restaurants, LLC, dba Chevys Fresh Mex | 9119 Olive Boulevard, Olivette, MO 63132 | restaurant/bar operations | 3/16/1994-still open |
| T & J Restaurants, LLC, dba Chevys Fresh Mex | 158 Crestwood Plaza, St. Louis, MO 63126 | restaurant/bar operations | 3/21/1994-9/20/2009 |
| T & J Restaurants, LLC, dba Chevys Fresh Mex | 2911 Veterans Memorial Pkwy., St. Charles, MO 63303 | restaurant/bar operations | 4/25/1994-still open |
| T & J Restaurants, LLC, dba Chevys Fresh Mex | 1382 Clarkson-Clayton Center, #20, Ellisville, MO 63011 | restaurant/bar operations | 9/26/1994-still open |
| T & J Restaurants, LLC, dba Chevys Fresh Mex | 1305 Central Park Drive, O'Fallon, IL 62269 | restaurant/bar operations | 11/16/1998-still open |
| T & J Restaurants, LLC, dba Chevys Fresh Mex | 1010 I-70 Drive Southwest, Columbia, MO 65203 | restaurant/bar operations | 2/22/1999-still open |
| T & J Restaurants, LLC, dba Chevys Fresh Mex | 3005 Highway K, O'Fallon, MO 63368 | restaurant/bar operations | 3/18/2002-still open |
| T & J Restaurants, LLC, dba Chevys Fresh Mex | 5555 St. Louis Mills Blvd. #443, Hazelwood, MO 63042 | restaurant/bar operations | 11/13/2003-still open |
| T & J Restaurants, LLC, dba Chevys Fresh Mex | 12466 Tesson Ferry, St. Louis, MO 63128 | restaurant/bar operations | 4/24/2006-still open |
| T & J Restaurants, LLC, dba Chevys Express Mex | 186 West County Center, Des Peres, MO 63131 | food court restaurant operations | 9/20/2002-11/2/2009 |
| T & J Restaurants, LLC, dba Chevys Express Mex | CF11 South County Centerway, St. Louis, MO 63129 | food court restaurant operations | 12/20/2002-10/16/2005 |

**EXHIBIT D TO SOFA**

| Date of Inventory | Olivette | St. Charles | Ellisville | O'Fallon | Columbia | K&N | St. Louis Mills | Tesson Ferry | Office | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/12/11 End of Period 7 | $16,190.59 | $15,954.51 | $15,013.39 | $16,874.54 | $12,355.22 | $16,563.15 | $12,900.56 | $13,295.30 | $5,562.94 | $124,710.20 |
| 6/14/11 End of Period 6 | $16,905.23 | $14,383.54 | $15,229.89 | $14,695.55 | $10,519.81 | $15,628.96 | $12,085.39 | $12,893.75 | $3,992.20 | $116,334.32 |

# United States Bankruptcy Court
## Southern District of Illinois

In re **T&J Restaurants LLC** _____     Case No. _____
                                                    Debtor(s)      Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case will be on an hourly basis at the rate of $325.00 per hour. As of the Petition Date, Attorney has been paid the sum of $14,500.00 for services performed prior to the Petition Date. Attorney is currently holding the sum of $10,000.00 as a retainer.

2.  The source of the compensation paid to me was:

    ☒ Debtor       ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor       ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **July 21, 2011** _____     **/s/ Robert E. Eggmann** _____
                                                    **Robert E. Eggmann #6203021**
                                                    **Lathrop & Gage LLP**
                                                    **7701 Forsyth, Suite 400**
                                                    **Clayton, MO 63105**
                                                    **314-613-2800  Fax: 314-613-2801**
                                                    **reggmann@lathropgage.com**

---

# United States Bankruptcy Court

## Southern District of Illinois

In re    **T&J Restaurants LLC**                                                              ,

                                          Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Tinker**<br>**5708 Keller Bend Drive**<br>**Saint Louis, MO 63128** | **Class B Member** | | **2.35%** |
| **Esam El-Qunni**<br>**2390 Canyon Drive**<br>**Saint Charles, MO 63303** | **Class B Member** | | **3.90%** |
| **The John H. Whicker Revocable Trust**<br>**516 Woodmere Crossing**<br>**Saint Charles, MO 63303** | **Class A Member** | | **91.14%** |
| **Thomas Boulch**<br>**632 Oregon Trail**<br>**Saint Charles, MO 63304** | **Class B Member** | | **2.61%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**July 21, 2011**_____          Signature  **/s/ John H. Whicker**_____

                                                    **John H. Whicker**
                                                    **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Illinois

In re  **T&J Restaurants LLC**                                        Case No. _____
                                          Debtor(s)            Chapter   **11**

### VERIFICATION OF CREDITOR MATRIX

    I, the Managing Member of the corporation named as the debtor in this case, hereby

verify that the attached list of creditors is true and correct to the best of my knowledge and that it

corresponds to the creditors listed in our schedules.

Date:  **July 21, 2011**                        **/s/ John H. Whicker**
                                    **John H. Whicker**/**Managing Member**
                                    Signer/Title

Ace Grease Service, Inc.
9035 State Route 163
Millstadt, IL 62260


AG CP Crestwood Retail Owner LLC
Crestwood, LLC
8001 Solutions Center
Chicago, IL 60677-8000


AG CP Crestwood Retail Owner, LLC
Crestwood, LLC
8001 Solutions Center
Chicago, IL 60677


Aire-Master
11882 County Road 485
Tebbetts, MO 65080


Aire-Master of America, Inc.
PO Box 2310
Nixa, MO 65714


Alan George
2614 McNair Avenue
Saint Louis, MO 63118


Albright Heating & Air Conditioning
4300 Bold Venture Drive
Columbia, MO 65202


Alzhimer's Association
Illinois Walk
9370 Olive Blvd.
Saint Louis, MO 63132


AM Richards Glass Co., Inc.
Richards Board-Up
225 Howard Street
Saint Charles, MO 63301


Anthem Blue Cross Blue Shield
Anthem BCBS MO Group
PO Box 105183
Atlanta, GA 30348

Aramark
PO Box 60445
Saint Louis, MO 63130

Arctic Ice
1498 Kin-Ark Court
Saint Louis, MO 63132

Barron & Associates, Inc.
Employer Services Company
PO Box 7334
Saint Louis, MO 63177

Bass Spencer Account
c/o Thomas Bass
1603 Chapel Hill Road, Suite 203
Columbia, MO 65203

Beishir Lock & Security
5423 S. Lindbergh Blvd.
Saint Louis, MO 63123

Beneflex HR Resources, Inc.
10805 Sunset Office Drive
Suite 401
Saint Louis, MO 63127

Bertarelli
1927 Marconi
Saint Louis, MO 63110

Birthdays Direct
Sigma Systems, Inc.
PO Box 181
Cottleville, MO 63338

Boone County Assessor
801 E. Walnut, Room 143
Columbia, MO 65201

Bright Cleaning Specialists
PO Box 431
Eureka, MO 63025

Busch Media Production
Joanne Busch
12158 Westward Drive
Saint Louis, MO 63146


Capitol South, Inc.
11850 Studt Avenue
PO Box 419121
Saint Louis, MO 63141


Century Link
PO Box 4300
Carol Stream, IL 60197


Chauvin Coffee Company
4106 Meramec
Saint Louis, MO 63116


Cintas First Aid & Safety
634 Lambert Pointe Drive
Hazelwood, MO 63042


Clear Channel Broadcasting
5556 Collections Center Drive
Chicago, IL 60693


Columbia College Athletics
1001 Rogers Street
Columbia, MO 65216


Columbia Montessori School
3 Anderson Avenue
Columbia, MO 65203


Commercial Kitchen Services
808 Hanley Industrial Court
Saint Louis, MO 63144


Commercial Kitchen Services, Inc.
808 Hanley Industrial Court
Saint Louis, MO 63144


Commerical Pumping Services, LLC
PO Box 429
Saint Charles, MO 63302

Conover Office Products
120 Point West Blvd.
Saint Charles, MO 63301


Ctuit, Inc.
867 Diablo Avenue, Suite B
Novato, CA 94947


Culligan
1801 Commerce Court
Columbia, MO 65202


Darling International, Inc.
PO Box552210
Detroit, MI 48255


Des Peres Plumbing
923 Des Peres Road
Saint Louis, MO 63131


DirecTV
PO Box 60036
Los Angeles, CA 90060


DM Steele Company
1355 S. Acacia Avenue
Fullerton, CA 92831


Document & Network Technology, Inc.
2275 Cassens Court
Fenton, MO 63026


DoorMail, Inc.
Apt. Doormail, Inc.
5500 S. Highway UU
Columbia, MO 65203


Dr. Reid Smeda
University of Missouri
204 Waters Hall
Columbia, MO 65211


DTT Surveillance
1755 N. Main Street
Los Angeles, CA 90031

Duckett Creek Sanitary District
3550 Highway K
O Fallon, MO 63368


Eclectic Elegance
516 Woodmere Crossing
Saint Charles, MO 63303


Ecolab Food Safety Specialists
24198 Network Place
Chicago, IL 60673


Ecolab Institution
PO Box 70343
Chicago, IL 60773


Ecolab Institutional
12825 Flushing Meadows Drive
Suite 100
Saint Louis, MO 63131


Ecolab Pest Elimination
PO Box 6007
Grand Forks, ND 58206


Edward Don & Company
Attn: Estelle DeLaurentis
2500 S. Harlem Avenue
Riverside, IL 60546


Emmis St. Louis
1193 Reliable Parkway
Chicago, IL 60686


Essex Vision Benefits
PO Box 504001
Saint Louis, MO 63150


Fabulous Fish Company
13560 Northwest Industrial Blvd.
Bridgeton, MO 63044


Fay Hubert
10657 Hubert Lane
Lebanon, IL 62254

Filter Service of St. Louis
PO Box 1551
Saint Peters, MO 63376

Fish Window Cleaning
2501R West Ash Street
Columbia, MO 65203

Fisher Homes
c/o Scott Fisher
5901 E. Osage Ridge Lane
Columbia, MO 65201

FLN Land Company LLC
940 Hemsath Road
Saint Charles, MO 63303

FLN Land Company, LLC
940 Hemsath Road
Saint Charles, MO 63303

Fontebella Maternity Shelter
PO Box 137
O Fallon, IL 62269

Ford Hotel Supply
2204 N. Broadway
Saint Louis, MO 63102

Franklin Machine Products
PO Box 8500
S-41570
Philadelphia, PA 19178

G&S Service and Repair
440 Sylvan Springs Road
Saint Louis, MO 63125

GE Captial Franchise Finance
c/o Dan Small
10900 NE 4th Street, Suite 500
Bellevue, WA 98004

Glazer's Midwest St. Louis
Mid-Continent Distributor, Inc.
One Glazer Way
Saint Charles, MO 63301


Grey Eagle Distributors
2340 Millpark Drive
Maryland Heights, MO 63043


Grizzly Bear Lawn Care, LLC
2031 N. Finnegan Court
Columbia, MO 65202


H-Vee Food Store #1076
Hy-Vee, Inc.
5820 Westown Parkway
West Des Moines, IA 50266


Hack Family Trust
c/o Stancorp Mortgage Investors
5702 Indian Pointe Drive
Simi Valley, CA 93063


Helget Gas Products
PO Box 24246
Omaha, NE 68124


Hi-Tech Landscape Maintenance
4128 Stafford Place Court
Saint Charles, MO 63304


Holmes Water Treatment Co.
PO Box 115
Wentzville, MO 63385


Hoodz of Mid-Missouri
NW Metro St. Louis
138 N. Capistrano
Jefferson City, MO 65109


Horstmann Brothers, LLC
1601 Dielman Road
Saint Louis, MO 63132

IESI-Missouri Corporation
PO Box 650297
Dallas, TX 75265


IL Dept. of Employment Security
ATTN: Bankruptcy
850 E. Madison Street
Springfield, IL 62702


Illinois Department of Revenue
BK Unit Level 7-425
100 Randolph Street
Chicago, IL 60601


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114


John Michael Conroy Jr.
4991 N. Irvin Loop
Columbia, MO 65202


John Whicker
516 Woodmere Crossing
Saint Charles, MO 63303


Just Windows Window Cleaning
PO Box 31367
Saint Louis, MO 63131


Koonse Glass Company
300 North 109th Street
Columbia, MO 65201


Lexis Outdoor Services
6715 State Route 111
South Roxana, IL 62087


Lincoln National Life Insurance
PO Box 0821
Carol Stream, IL 60132

Major Brands-St. Louis
PO Box 840141
Kansas City, MO 64184


Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101


Marquette Cheerleading Booster Club
2351 Clarkson Road
Chesterfield, MO 63017


McKelvey Family Partnership
c/o Patty McKelvery
McKelvey Properties
2010 Bluestone Drive
Saint Charles, MO 63303


Meridian Supply
Meridian, Inc.
9950 Page Avenue
Saint Louis, MO 63132


Microsoft Financing
Bank of the West
23896 Network Place
Chicago, IL 60673


Midway Electric, Inc.
7301 W. Henderson Road
Columbia, MO 65202


Midwest Repair Service
3452 Baumgartner Road
Saint Louis, MO 63129


Missouri Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105


Missouri Logos, LLC
Director of Revenue
Credit St. Rd. Fund
3218 Emerald Lane, Suite A
Jefferson City, MO 65109

Mizzou Sports Properties, LLC
c/o Learfield Communications, Inc.
PO Box 1467
Jefferson City, MO 65102


Modern Media Concepts, LLC
111 South 9th Street, Suite 150
Columbia, MO 65201


Moore Food Distributors, Inc.
PO Box 790056
Saint Louis, MO 63179


Moreys Seafood Intl., Inc.
PO Box 1450
Minneapolis, MN 55485


MTJW Properties, LLC
940 Hemsath Road
Saint Charles, MO 63303


Muzak, LLC
PO Box 71070
Charlotte, NC 28272


MyBrandPromo, Inc.
9260 Dielman Industrial Drive
Saint Louis, MO 63132


New Chef Fashion, Inc.
3223 East 46th Street
Los Angeles, CA 90058


New Life Center Youth Group
11570 Mark Twain Lane
Bridgeton, MO 63044


New System
4120 Rider Trail North
Earth City, MO 63045


Newsmagazine Network
355 Ozark Trail Drive
Ballwin, MO 63011

Nickolaus Welding
c/o Robert M. Nickolaus
6827 Bear Creek Drive
Saint Louis, MO 63129


Northwestern Mutual Funds
PO Box 3009
Milwaukee, WI 53201


Otis & Clark Properties
Clarkson/Clayton Plaza LLC
1850 Craigshire Road, Suite 103
Saint Louis, MO 63146


Pepsi Cola
75 Remittance Drive, Suite 1884
Chicago, IL 60675


Pepsi Cola
1 Union Seventy Center Drive
Saint Louis, MO 63120


Philibert Security Systems, Inc.
735 Marshall Avenue
Saint Louis, MO 63119


Progress Command Post
PO Box 427
Belleville, IL 62222


PS and J Professional Baseball Club
900 TR Hughes Blvd.
O Fallon, MO 63366


Pyrotech
PO Box 396
Godfrey, IL 62035


Questionable Pursuits, LLC
c/o Mark Arminio
11033 Westport Station Drive
Apt. D
Maryland Heights, MO 63043

Real Mex Foods, Inc.
7150 Village Drive
Buena Park, CA 90621


Real Mex Restaurants
5660 Katella Avenue, Suite 100
Cypress, CA 90630


Regency Plaza (Missouri) LLC
1448 Paysphere Circle
Chicago, IL 60674


Restaurant Technologies, Inc.
12962 Collections Center Drive
Chicago, IL 60693


Rewards Network
10800 Farley Street
Overland Park, KS 66210


Riverfront Graphics
2060 Exchange Drive
Saint Charles, MO 63303


Roto Rooter
5672 Collections Center Drive
Chicago, IL 60693


Safeguard Business Systems
PO Box 88043
Chicago, IL 60680


Sam's Club
PO Box 530970
Atlanta, GA 30353


Shoes for Crews
PO Box 504634
Saint Louis, MO 63150


Southern Wine & Spirits of IL
2971 Collection Center Drive
Chicago, IL 60693

Squirrel Systems GP
PMB 740
250 H Street
Blaine, WA 98230


St. Charles Precision Cuts
c/o Dave Goodson
3042 St. Camella
Saint Charles, MO 63301


St. Louis Cardinals, LLC
700 Clark Street
Saint Louis, MO 63102


St. Louis County Collector of Revenue
41 S. Central
Saint Louis, MO 63105


St. Louis Mills Limited Partnership
PO Box 409887
Atlanta, GA 30384-9887


Stancorp Mortgage Investors, LLC
19225 NW Tanasbourne Drive
Hillsboro, OR 97124


Starbeam Supply Company
1360 Baur Blvd.
Saint Louis, MO 63132


Summit Distributing
3201 Rider Trail South
Earth City, MO 63045


Sun Rental, Inc.
11710 St. Charles Rock Road
Bridgeton, MO 63044


Superior Upholstery
c/o Charles D. Lonero
38 Circle Way
Saint Peters, MO 63376

TF Parts company
15009 Manchester Road #279
Ballwin, MO 63011


The Customer Connection
621 S. Andraeasen Drive #B
Escondido, CA 92029


The Legacy-Lindenwood Newspaper
LU Student News
209 S. Kingshighway
Saint Charles, MO 63301


Thermodyne CCCS, Inc.
10014 Old Lincoln Trail
Fairview Heights, IL 62208


Thomas Bass- Bass Spencer Account
1603 Chapel Hill Road, Suite 203
Columbia, MO 65203


Towner Communications Systems
2511B Industrial Drive
Jefferson City, MO 65109


Traveling Tunes
c/o Debra Volkening-Quarternik
1616 Old State Road
Glencoe, MO 63038


Turnkey Technologies, Inc.
770 Spirit of St. Louis Blvd.
Suite 100
Chesterfield, MO 63005


US Foodservice
PO Box 502059
Saint Louis, MO 63150


Villa Lighting Supply
2929 Chouteau Avenue
Saint Louis, MO 63103

```
Wasserstrom
477 S. Front Street
MO 63215


Welcome Wagon
5830 Coral Ridge Drive, Suite 240
Coral Springs, FL 33076-3388


West County Shoppingtown LLC
PO Box 74045
Cleveland, OH 44194-4045


West County Shoppingtown, LLC
PO Box 74045
Cleveland, OH 44194


Westminster College Volleyball
501 Westminster Avenue
Fulton, MO 65251


Wilcoxen & Wilcoxen, Inc.
Micro-Ovens of St. Louis
7835 Manchester
Saint Louis, MO 63144


Wirtz Beverage Illinois
4 Premier Drive
Belleville, IL 62222


WorldPay US, Inc.
600 Morgan Falls
Atlanta, GA 30350
```

# United States Bankruptcy Court
## Southern District of Illinois

In re   **T&J Restaurants LLC**            Case No.

                   Debtor(s)         Chapter    **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **T&J Restaurants LLC** (the "Debtor") pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

1.      All corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interests are listed below:

**Owner**                                  **% of Shares Owned**
-NONE-

**Dated:  July 21, 2011**               By:    **/s/ Robert E. Eggmann**

                                   **Robert E. Eggmann #6203021**

                             Counsel for **T&J Restaurants LLC**