**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: ) | |
| ) | In Proceedings Under Chapter 11 |
| T&J RESTAURANTS, LLC, ) | |
| ) | Case No. 11-31622 |
| Debtor. ) | |
| ) | |

## EMERGENCY MOTION TO INCUR UNSECURED CREDIT AS ADMINISTRATIVE EXPENSE

COMES NOW Debtor T&J Restaurants, LLC, by counsel, and moves for an Order authorizing the Debtor to incur unsecured credit pursuant to 11 U.S.C. §364(b) and in support thereof, states as follows:

1. On July 21, 2011, the Debtor filed a Voluntary Petition pursuant to Chapter 11 of the United States Bankruptcy Code and relief was ordered.

2. Debtor continues to operate its business as Debtor-In-Possession during these proceedings.

3. In connection with the operation of its business, numerous accounts owed to the Debtor have not been paid to the Debtor in a timely manner which has made it necessary for the Debtor borrow funds on a temporary basis to pay its post-petition operating expenses as they come due.

4. Debtor has incurred unsecured debt in the amount of $50,000.00 from John H. Whicker Revocable Trust dated July 19, 2000 (the "Trust') and is, therefore, and insider within the meaning of 11 U.S.C. §101(31). The purpose of such loans was to enable Debtor to make payroll to its employees and other post-petition expenses.

16881608v1

5. The balance due to the Trust for post-petition loans to Debtor is $50,000.00 and continues to accrue at 5% interest.

6. Debtor proposes to incur such unsecured debt as an administrative expense and reimburse the Trust for such loans in the ordinary course of business as funds become available upon collection of its accounts.

7. Debtor is unable to obtain such credit other than by granting such loans priority status as an administrative expense pursuant to 11 U.S.C. §§364(b) and 503(b)(1).

8. The loan proceeds will be used to pay rent, utilities, telephone service, payroll, taxes, office supplies, insurance and related operating expenses of Debtor's business.

9. The following persons or entities have an interest in cash collateral of the Debtor: GE Capital.

10. It is in the best interest of creditors that the monies be obtained and loaned to the business and used for the purposes as stated above and that such loans to date be granted priority status as an administrative expense.

WHEREFORE, Debtor T&J Restaurants, LLC prays for an Order of this Court granting authorization to incur unsecured debt as an administrative expense pursuant to 11 U.S.C. §364(b); that such loans to date be granted priority status as an administrative expense; for authorization to reimburse the John H. Whicker Revocable Trust dated July 19, 2000 in the ordinary course of business as funds become available upon collection of its accounts; for its costs incurred herein; and for such further relief as the Court deems just.

T&J RESTAURANTS, LLC

*/s/ Robert E. Eggmann*

By: _____
      One of their Attorneys

Robert E. Eggmann, Illinois Bar #6203021
Thomas H. Riske, Illinois Bar #6301953
LATHROP & GAGE, LLP
7701 Forsyth Boulevard, Suite 400
St. Louis, MO  63105
314-613-2800 (Telephone)
314-726-2801 (Fax)
reggmann@lathropgage.com
triske@lathropgage.com