**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

T AND J RESTAURANTS LLC

        vs

CASE NO  11-31622
CHAPTER:   11

DATE:  July 28, 2011
PLACE:  East St Louis

**PRESENT**:  Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**:   Robert Eggmann
Tom Riske

**COUNSEL FOR DEFENDANT:**

**PROCEEDINGS**:  1.) Motion for Authority to use Cash Collateral 2.) Motion to Maintain Insurance 3.) Motion to Maintain Cash Management System 4.) Motion to Pay Pre-Petition Wages, etc 5.) Motion to Pay Post-Petiton Utility Services 6.) Motion to Pay Pre-Petiton Vendor Claims 7.) Motion to Incur Unsecured Credit(Continued on Pg2)

**MINUTES OF COURT:**

Case is called for hearing on the Motion for Authority to Use Cash Collateral filed by Debtor T and J Restaurants LLC, Motion for Authority to Perform Obligations Necessary to Maintain Existing Insurance filed by Debtor T and J Restaurants LLC, Motion for Order Authorizing Maintenance of Cash Management Systems filed by Debtor T and J Restaurants LLC, Motion for Order Authorizing Payment of Pre-Petition Wages, Salaries, Reimbursable Employee Expenses and Medical and Other Employee Benefits filed by Debtor T and J Restaraunts LLC, Motion for Order Approving Debtor's method of Furnishing Adequate Insurance of Payment for Postpetition Untility Services filed by Debtor T and J Restaraunts LLC, Motion for Authority to Pay the Prepetition Claims of Certain Critical Vendors filed by Debtor T and J Restaraunts LLC, Motion to Incur Unsecured Credit as Administrative Expense filed by Debtor T and J Restaurants LLC, Motion to Honor Prepetition Certificates for Frequent Diner Program Points, Gift Cards and Coupons filed by Debtor T and J Restaurants LLC, Motion for Order Under 11 U.S.C §§ 105 (A) and 541 Confirming Authority and Authorizing Debtor to Pay Various Federal, State and Local Taxes filed by Debtor T and J Restaraunts LLC, Motion Pursuant to 11 U.S.C. §§ 105 (a) and 331 to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals filed by Debtor T and J,

                                              Donna Beyersdorfer
                                          Clerk of Bankruptcy Court

                                      By: /s/Tim Foley
                                          Deputy Clerk

**NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

T AND J RESTAURANTS LLC

vs

CASE NO  11-31622
CHAPTER:   11

DATE:  July 28, 2011
PLACE:  East St Louis

**PRESENT**:  Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**:   Robert Eggmann

**COUNSEL FOR DEFENDANT:**

**PROCEEDINGS:**  8.) Motion to Honor Pre-Petition Certificates for Frequent Diner Programs, etc 9.) Motion to Pay Taxes 10.) Motion to Establish Procedures for Interim Compensation and Reimbursement 11.) Application to Employ Lathrop & Gage LLP 12.) Application to Employ Desai, Eggmann, and Mason 13.) Motion for Expedited Hrg

**MINUTES OF COURT:**

Application to Employ Lathrop & Gage LLP as Counsel filed by Debtor T and J Restaraunts LLC, Application to Employ Desai, Eggmann and Mason LLC as Counsel filed by Debtor T and J Retaraunts LLC, and Motion for Expedited Hearing filed by Debtor T and J Restaraunts LLC. Thomas Magill appears and enters his appearance for GE Capital. The Motions and Applications are Granted. Robert Eggmann to submit proposed orders within 14 days.  Failure to submit the orders within the time allotted may result in this Court taking any other action deemed appropriate, which may include granting or denying the relief sought.

                                               Donna Beyersdorfer
                                               Clerk of Bankruptcy Court

                                            By: /s/Tim Foley
                                                Deputy Clerk

**NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR  RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF  PROCEEDINGS FOR THE ACTUAL ORDER.**